# EXHIBIT F

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:22-cv-06137-SSS-JC

Ya Ya Creations, Inc. v. Opulent Treasures, Inc. et al
Assigned to: Judge Sunshine Suzanne Sykes
Referred to: Magistrate Judge Jacqueline Chooljian
Related Cases: 2:22-cv-02616-SSS-JC
              2:23-cv-04292-SSS-JC
Cause: 17:101 Copyright Infringement

Date Filed: 08/29/2022
Jury Demand: Both
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Ya Ya Creations, Inc.**
*a California corporation*

represented by **Marc Karish**
Karish and Bjorgum PC
119 East Union Street Suite B
Pasadena, CA 91103
213-785-8070
Fax: 213-995-5010
Email: marc.karish@kb-ip.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce G Chapman**
Karish and Bjorgum PC
119 East Union Street Suite B
Pasadena, CA 91103
213-785-8070
Fax: 213-995-5010
Email: bruce.g.chapman@kb-ip.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Opulent Treasures, Inc.**
*a California corporation*

represented by **Bartholomew Philip Dalton**
Brozynski and Dalton PC
5700 Tennyson Parkway Suite 300
Plano, TX 75024
972-371-0679
Fax: 972-637-9185
Email: bart@bdlegalgroup.com
*TERMINATED: 02/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D Van Loben Sels**
Thoits Law

400 Main Street Suite 250
Los Altos, CA 94022
650-327-4200
Fax: 650-325-5572
Email: jvanlobensels@thoits.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew James Dalton**
Dalton and Dalton PLLC
1055 West 7th Street 33rd Floor
Los Angeles, CA 90017
213-500-5725
Email: matt@daltonattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Kucera**
Boies Schiller Flexner LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
213-995-5758
Email: jkucera@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Joshua Yaw Foli Quaye**
Boies Schiller Flexner LLP
725 South Figueroa Street
Los Angeles, CA 90071
213-629-9040
Fax: 213-629-9022
Email: jquaye@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Katarzyna Brozynski**
Brozynski and Dalton PC
5700 Tennyson Parkway Suite 300
Plano, TX 75024
972-371-0679
Fax: 972-637-9185
Email: kasia@bdlegalgroup.com
*TERMINATED: 02/09/2023*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sean P Rodriguez**
Boies Schiller and Flexner LLP
44 Montgomery Street 41st Floor
San Francisco, CA 94104
415-293-6800
Fax: 415-292-6899
Email: srodriguez@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Simon Peter Leen**
Boies Schiller Flexner LLP
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
213-995-5766
Fax: 213-624-9022
Email: sleen@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 to 10, inclusive*

**Defendant**

**Ya Ya Logistics, Inc.**                                    represented by   **Marc Karish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce G Chapman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**HK Jayden Trading, Ltd.**

**Defendant**

**Win Best Import and Export, Co., Ltd.**
*TERMINATED: 07/17/2023*

**Defendant**

**Suo Vivi**
*an individual*
*TERMINATED: 07/17/2023*
*also known as*
Suo Hui
*TERMINATED: 07/17/2023*

**Consol Counter Defendant**

**Brozynski & Dalton PC**

**Counter Claimant**

**Ya Ya Logistics, Inc.**                                    represented by   **Marc Karish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce G Chapman**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Opulent Treasures, Inc.**                    represented by    **John D Van Loben Sels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean P Rodriguez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2022 | 1 | COMPLAINT Receipt No: ACACDC-33893472 - Fee: $402, filed by Plaintiff YA YA CREATIONS, INC.. (Attachments: # 1 Exhibit A -- 220817 Amazon Takedown Notice, # 2 Exhibit B -- 220819 Amazon Takedown Notice) (Attorney Marc Karish added to party YA YA CREATIONS, INC.(pty:pla))(Karish, Marc) (Entered: 08/29/2022) |
| 08/29/2022 | 2 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff YA YA CREATIONS, INC.. (Karish, Marc) (Entered: 08/29/2022) |
| 08/29/2022 | 3 | CIVIL COVER SHEET filed by Plaintiff YA YA CREATIONS, INC.. (Karish, Marc) (Entered: 08/29/2022) |
| 08/29/2022 | 4 | NOTICE of Interested Parties filed by Plaintiff YA YA CREATIONS, INC., (Karish, Marc) (Entered: 08/29/2022) |
| 08/29/2022 | 5 | REPORT ON THE FILING OF AN ACTION regarding a copyright (Initial Notification) filed by YA YA CREATIONS, INC.. (Karish, Marc) (Entered: 08/29/2022) |
| 08/30/2022 | 6 | NOTICE OF ASSIGNMENT to District Judge Dale S. Fischer and Magistrate Judge Maria A. Audero. (sh) (Entered: 08/30/2022) |
| 08/30/2022 | 7 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (sh) (Entered: 08/30/2022) |
| 08/30/2022 | 8 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (sh) (Entered: 08/30/2022) |
| 08/30/2022 | 9 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendant Opulent Treasures, Inc.. (sh) (Entered: 08/30/2022) |
| 08/31/2022 | 10 | PROOF OF SERVICE Executed by Plaintiff Ya Ya Creations, Inc., upon Defendant Opulent Treasures, Inc. served on 8/31/2022, answer due 9/21/2022. Service of the Summons and Complaint were executed upon CAROL WILSON, Agent for Service of Process in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (Karish, Marc) (Entered: 08/31/2022) |
| 09/01/2022 | 11 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01-Related Case-filed. Related Case No: 2:22-cv-02616 SSS(JCx). Case transferred from Magistrate Judge Maria A. Audero and Judge Dale S. Fischer to Judge Sunshine Suzanne Sykes and Magistrate Judge Jacqueline Chooljian for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:22-cv-06137 SSS(JCx). Signed by Judge Sunshine Suzanne Sykes (rn) (Entered: 09/01/2022) |
| 09/07/2022 | 12 | CIVIL STANDING ORDER by Judge Sunshine Suzanne Sykes. (iva) (Entered: 09/07/2022) |

| 09/21/2022 | 13 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendant Opulent Treasures, Inc.. Motion set for hearing on 10/28/2022 at 02:00 PM before Judge Sunshine Suzanne Sykes. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration of Bart Dalton, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Declaration of Katarzyna Brozynski, # 8 Proposed Order) (Attorney Bartholomew Philip Dalton added to party Opulent Treasures, Inc.(pty:dft)) (Dalton, Bartholomew) (Entered: 09/21/2022) |
|---|---|---|
| 09/22/2022 | 14 | MINUTE ORDER IN CHAMBERS by Judge Sunshine Suzanne Sykes: ORDER SETTING STATUS CONFERENCE TO ADDRESS CONSOLIDATION OF RELATED CASES AND CASE MANAGEMENT. In the interest of justice and orderly case management, the Court herebySTAYS all hearings on motions pending before it in both matters and VACATESexisting trial and pretrial dates in Opulent Treasures v. Ya Ya. A StatusConference is set for October 14, 2022 at 1 PM. The parties in Opulent Treasures v. Ya Ya, including the parties in the above-captioned matter, are further ORDERED to file a Joint Case Status Report no later than October 7, 2022. (SEE DOCUMENT FOR SPECIFICS). (lc) (Entered: 09/22/2022) |
| 10/07/2022 | 15 | STATUS REPORT filed by Defendant Opulent Treasures, Inc.. (Dalton, Bartholomew) (Entered: 10/07/2022) |
| 10/07/2022 | 16 | OPPOSITION to NOTICE OF MOTION AND MOTION to Dismiss Case 13 filed by Plaintiff Ya Ya Creations, Inc.. (Attachments: # 1 Declaration of Marc Karish in Opposition to Defendant's Motion to Dismiss, # 2 Exhibit A to the Declaration of Marc Karish, # 3 Exhibit B to the Declaration of Marc Karish, # 4 Declaration of Mitchell Su in Opposition to Defendant's Motion to Dismiss, # 5 Exhibit A to the Declaration of Mitchell su)(Karish, Marc) (Entered: 10/07/2022) |
| 10/14/2022 | 17 | MINUTES OF VIDEO HEARING RE: STATUS CONFERENCE TO ADDRESS CONSOLIDATION OF RELATED CASES AND CASE MANAGEMENT PER COURTS ORDER DKT. 144 & 14 held before Judge Sunshine Suzanne Sykes: As stated on the record, the Court ORDERS as follows: 1. As to the case schedule in Opulent Treasures, Inc. v. Ya Ya Creations, Inc. (2:22-cv-02616-SSS-JCx), a separate order shall be issued. 2. The parties are DIRECTED to meet and confer regarding the District ofFlorida case and Ya Ya Creations, Inc. v. Opulent Treasures, Inc., et al. (2:22-cv-06137-SSS-JCx) as to whether or not these cases should be consolidated with the present case (2:22-cv-02616-SSS-JCx). The parties shall file a Joint Status Report, no later than noon on October 25, 2022. 3. The Court CONTINUES the Status Conference to Friday, October 28, 2022, at 1:00 p.m., via Zoom video conference. 4. The Motion to Strike [Dkt. 104 & 119], filed in case 2:22-cv-02616-SSS-JCx, is hereby DENIED AS MOOT, in view of the case schedule set by the Court. 5. The hearing on the Motion to Exclude Report and Testimony [Dkt. 107], filed in case 2:22-cv-02616-SSS-JCx, is CONTINUED to June 9, 2023, at 2:00 p.m. 6. The hearing on the Application for Entry of Default Judgment andPermanent Injunction [Dkt. 116], filed in case 2:22-cv-02616-SSS-JCx, is CONTINUED to June 9, 2023, at 2:00 p.m. 7. The hearing on the Motion for Summary Judgment [Dkt. 108 & 114], filed in case 2:22-cv-02616-SSS-JCx, shall remain on calendar for October 21, 2022. 8. The hearing on the Motion to Dismiss [Dkt. 13], filed in case 2:22-cv-06137-SSS-JCx, is CONTINUED from October 28, 2022, to November 18, 2022, at 2:00 p.m. 9. The Court SETS an Order to Show Cause Hearing regarding the filing of the stipulation to dismiss Defendant Leilani Wholesale, in case 2:22-cv-06137-SSS-JCx, for October 28, 2022, at 1:00 p.m. If counsel files the stipulation to dismiss, the Court shall vacate the Order to Show Cause Hearing. IT IS SO ORDERED. Court Reporter: Myra Ponce. (shb) (Entered: 10/19/2022) |
| 10/26/2022 | 18 | (IN CHAMBERS) ORDER by Judge Sunshine S. Sykes: On its own motion, the Court hereby CONTINUES the Continued Status Conference from October 28, 2022, to December 9, 2022, at 1:00 p.m., via Zoom video conference. The parties are DIRECTED to file a Joint Status Report no later than 12:00 noon on December 2, 2022, that addresses |

| | | |
|---|---|---|
| | | case consolidation and the status of the Florida case. To obtain the video conference link for the scheduled hearing, the parties are directed to Judge Sykes' Procedures and Schedules page on the Court's website: http://www.cacd.uscourts.gov/honorable-sunshine-s-sykes. Please follow the instructions listed under "Zoom Webinar Information." IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (iva) TEXT ONLY ENTRY (Entered: 10/26/2022) |
| 11/04/2022 | 19 | REPLY in Support of NOTICE OF MOTION AND MOTION to Dismiss Case 13 filed by Defendant Opulent Treasures, Inc.. (Dalton, Bartholomew) (Entered: 11/04/2022) |
| 11/15/2022 | 20 | SCHEDULING NOTICE AND ORDER by Judge Sunshine S. Sykes: On its own motion, the Court hereby CONTINUES the hearing on Defendant's Motion to Dismiss [Dkt. 13 ] from November 18, 2022, to December 9, 2022, at 2:00 p.m., via Zoom video conference. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (iva) TEXT ONLY ENTRY (Entered: 11/15/2022) |
| 12/02/2022 | 21 | STATUS REPORT *Regarding Consolidation and Status of Florida Case* filed by Defendant Opulent Treasures, Inc.. (Attachments: # 1 Exhibit A - First Amended Complaint in Florida Case, # 2 Exhibit B - Motion to Transfer in Florida Case, # 3 Exhibit C - Opposition to Motion to Transfer in Florida Case, # 4 Exhibit D - Answer and Counterclaim in Florida Case, # 5 Exhibit E - Motion to Dismiss Counterclaim, # 6 Exhibit F - Motion to Strike Affirmative Defenses)(Dalton, Bartholomew) (Entered: 12/02/2022) |
| 12/06/2022 | 22 | (IN CHAMBERS) ORDER by Judge Sunshine S. Sykes: The Court finds that the Motion to Dismiss [Dkt. 13] is appropriate for resolution without a hearing. See Fed. R. Civ. P. 78; L.R. 7-15. Accordingly, the Court vacates the hearing set on December 9, 2022. The motion stands submitted on the papers timely filed. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (iva) TEXT ONLY ENTRY (Entered: 12/06/2022) |
| 12/07/2022 | 23 | MINUTE ORDER (IN CHAMBERS) VACATING STATUS CONFERENCE AND DECLINING TO CONSOLIDATE by Judge Sunshine Suzanne Sykes. Having reviewed the Status Report submitted by the parties on December 2 [Dkt. 169 (Opulent) & Dkt. 21 (Ya Ya)], the Court hereby VACATES the December 9 Status Conference. It further DECLINES to consolidate these two matters at this time. The parties may move for consolidation via noticed motion if they wish. (lom) (Entered: 12/07/2022) |
| 12/20/2022 | 24 | EX PARTE APPLICATION for Temporary Restraining Order as to Defendant and all persons in active concert or participation with Defendant, are temporarily restrained from submitting copyright takedown notices to Shopify and Amazon, or any other service provider for Plaintiff's online content or product line. filed by Plaintiff Ya Ya Creations, Inc.. (Attachments: # 1 Redacted Document Memorandum in support of Plaintiff Ya Ya Creations, Inc.'s Ex Parte Application for Temporary Restraining Order and Preliminary Injunction, # 2 Redacted Document Declaration of Mitch Su in Support of Plaintiff Ya Ya Creations, Inc.'s Ex Parte Application for a Temporary Restraining Order, # 3 Exhibit A to the Declaration of Mitch Su, # 4 Declaration of Marc A. Karish in Support of Plaintiff Ya Ya Creations, Inc.'s Ex Parte Application for Temporary Restraining Order, # 5 Exhibit A to the Declaration of Marc A. Karish, # 6 Exhibit B to the Declaration of Marc A. Karish, # 7 Exhibit C to the Declaration of Marc A. Karish, # 8 Exhibit D to the Declaration of Marc A. Karish, # 9 Exhibit E to the Declaration of Marc A. Karish, # 10 Exhibit F to the Declaration of Marc A. Karish, # 11 Exhibit G to the Declaration of Marc A. Karish, # 12 Proposed Order) (Karish, Marc) (Entered: 12/20/2022) |
| 12/20/2022 | 25 | APPLICATION to file document *Memorandum In Support of Plaintiff Ya Ya Creations, Inc.'s Ex Parte Application for Temporary Restraining Order and Preliminary Injunction and Declaration of Mitch Su in Support of Plaintiff Ya Ya Creations, Inc.'s Application for a Temporary Restraining Order* under seal filed by Plaintiff Ya Ya Creations, Inc.. |

| | | |
|---|---|---|
| | | (Attachments: # [1](#) Proposed Order, # [2](#) Redacted Document Memorandum in Support of Plaintiff Ya Ya Creations, Inc.'s Ex Parte Application for Temporary Restraining Order and Preliminary Injunction, # [3](#) Redacted Document Declaration of Mitch Su In Support of Plaintiff Ya Ya Creations, Inc.'s application for Temporary Restraining Order, # [4](#) Declaration of Marc Karsh in Support of Application to Seal the Memorandum In Support of Plaintiff Ya Ya Creations, Inc.'s Ex Parte Application for Temporary Restraining Order and Preliminary Injunction and Declaration of Mitch Su in Support of Plaintiff Ya Ya Creations, Inc.'s Application for a Temporary Restraining Order)(Karish, Marc) (Entered: 12/20/2022) |
| 12/20/2022 | [26](#) | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Memorandum In Support of Plaintiff Ya Ya Creations, Inc.'s Ex Parte Application for Temporary Restraining Order and Preliminary Injunction and Declaration of Mitch Su in Support of Plaintiff Ya Ya Creations, Inc.&# [25](#) filed by Plaintiff Ya Ya Creations, Inc.. (Attachments: # [1](#) Unredacted Document Memorandum in support of Plaintiff Ya Ya Creations, Inc.'s Ex Parte Application for Temporary Restraining Order and Preliminary Injunction, # [2](#) Unredacted Document Declaration of Mitch Su in Support of Plaintiff Ya Ya Creations, Inc.'s Ex Parte Application for a Temporary Restraining Order)(Karish, Marc) (Entered: 12/20/2022)* |
| 12/21/2022 | 27 | SCHEDULING NOTICE AND ORDER by Judge Sunshine S. Sykes: The Court has received Plaintiff's Ex Parte Application for Temporary Restraining Order and Preliminary Injunction [Dkt. [24](#) ]. Pursuant to this Court's Procedures and Schedules (http://www.cacd.uscourts.gov/honorable-sunshine-s-sykes), any opposition to an ex parte application should be filed within 24 hours of receipt of the ex parte application. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (iva) TEXT ONLY ENTRY (Entered: 12/21/2022) |
| 12/21/2022 | [28](#) | OPPOSITION re: EX PARTE APPLICATION for Temporary Restraining Order as to Defendant and all persons in active concert or participation with Defendant, are temporarily restrained from submitting copyright takedown notices to Shopify and Amazon, or any other service pr [24](#) filed by Defendant Opulent Treasures, Inc.. (Dalton, Bartholomew) (Entered: 12/21/2022) |
| 12/22/2022 | [29](#) | (IN CHAMBERS) ORDER DENYING PLAINTIFFS EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER [Dkt. 24]. by Judge Sunshine Suzanne Sykes: The Court hereby DENIES Ya Yas Application. It hereby SETS a hearing on a preliminary injunction for February 17, 2023 at 2:00 pm. Ya Ya must file its brief in support of preliminary injunctive relief no later than January 20, 2023. If Ya Ya wishes to rely on the instant Application instead, it must notify the Court by the same deadline. Opulent may file its opposition no later than January 27, 2023. Ya Yas reply is due no later than February 3, 2023. IT IS SO ORDERED. (shb) (Entered: 12/22/2022) |
| 12/30/2022 | [30](#) | EX PARTE APPLICATION for Discovery regarding Preliminary Injunction *(expedited)* filed by Defendant Opulent Treasures, Inc.. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Proposed Order)(Dalton, Bartholomew) (Entered: 12/30/2022) |
| 12/31/2022 | [31](#) | OPPOSITION to EX PARTE APPLICATION for Discovery regarding Preliminary Injunction *(expedited)* [30](#) filed by Plaintiff Ya Ya Creations, Inc.. (Chapman, Bruce) (Entered: 12/31/2022) |
| 01/04/2023 | [32](#) | MINUTE (IN CHAMBERS) ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S EX PARTE APPLICATION FOR EXPEDITED DISCOVERY IN ADVANCE OF PRELIMINARY INJUNCTION by Magistrate Judge Jacqueline Chooljian: denying [30](#) Ex Parte Application for Discovery. The Court directs the parties forthwith to confer in good faith regarding the provision of more limited discovery and to |

| | | |
|---|---|---|
| | | attempt to avoid the need for further Court intervention. (see document for further details) (hr) (Entered: 01/05/2023) |
| 01/17/2023 | 33 | APPLICATION of Non-Resident Attorney Katarzyna Brozynski to Appear Pro Hac Vice on behalf of Defendant Opulent Treasures, Inc. (Pro Hac Vice Fee - $500 Fee Paid, Receipt No. ACACDC-34626633) filed by Plaintiff Opulent Treasures, Inc.. (Attachments: # 1 Proposed Order) (Dalton, Bartholomew) (Entered: 01/17/2023) |
| 01/17/2023 | 34 | Notice of Withdrawal of Motion for Temporary Restraining Order,,,,, 24 , Order on Motion for Temporary Restraining Order,, 29 filed by Plaintiff Ya Ya Creations, Inc.. (Karish, Marc) (Entered: 01/17/2023) |
| 01/18/2023 | 35 | ORDER by Judge Sunshine Suzanne Sykes: GRANTING 33 Non-Resident Attorney Katarzyna Brozynski APPLICATION to Appear Pro Hac Vice on behalf of Defendant, Opulent treasures, Inc., designating Bart P. Dalton as local counsel. (shb) (Entered: 01/18/2023) |
| 02/06/2023 | 36 | REQUEST of Bart Dalton and Katarzyna Brozynski to Withdraw as Attorney filed by defendant Opulent Treasures, Inc.. (Attachments: # 1 Proposed Order) (Dalton, Bartholomew) (Entered: 02/06/2023) |
| 02/09/2023 | 37 | ORDER by Judge Sunshine Suzanne Sykes: GRANTING 36 REQUEST to Substitute Attorney John van Loben Sels in place and instead of Attorneys Bart p. Dalton and Katarzyna Brozynski. Added attorneyJohn D Van Loben Sels for Opulent Treasures, Inc. Attorney Katarzyna Brozynski and Bartholomew Philip Dalton terminated (shb) (Entered: 02/09/2023) |
| 03/21/2023 | 38 | **FILED UNDER WRONG CASE - REFER TO NOTICE OF ERRATA 39 ** APPLICATION to file document under seal filed by Defendant Opulent Treasures, Inc.. (Attachments: # 1 Proposed Order Proposed Order, # 2 Declaration REDACTED Declaration of Carol Wilson ISO Opp MSJ, # 3 Redacted Document REDACTED Plaintiff's Opposition to Defendant Ya Ya's MSJ, # 4 Redacted Document REDACTED Response to Def's Separate Statement)(VanLobenSels, John) Modified on 3/24/2023 (iva). (Entered: 03/21/2023) |
| 03/22/2023 | 39 | NOTICE OF ERRATA filed by Defendant Opulent Treasures, Inc.. correcting APPLICATION to file document under seal 38 (VanLobenSels, John) (Entered: 03/22/2023) |
| 06/23/2023 | 40 | (IN CHAMBERS) ORDER DENYING AS MOOT OPULENTS MOTION TO DISMISS [Dkt. 13], by Judge Sunshine Suzanne Sykes: The Florida Action has since been transferred to this district and assigned to this Court under Case No. 2:23-cv-04292-SSS-JC. In light of the transfer, the first to- file rule is inapplicable to, and offers no basis on which to dismiss, Ya Yas complaint. Opulents motion is DENIED AS MOOT. Opulent is directed to file its answer on or before Friday, July 7, 2023. IT IS SO ORDERED. (shb) (Entered: 06/23/2023) |
| 07/11/2023 | 41 | TRANSCRIPT for proceedings held on 10/14/2022 at 1:34 p.m. Court Reporter/Electronic Court Recorder: Myra L. Ponce, CSR, RDR, CRR, e-mail address myraponce@sbcglobal.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 8/1/2023. Redacted Transcript Deadline set for 8/11/2023. Release of Transcript Restriction set for 10/10/2023. (Ponce, Myra) (Entered: 07/11/2023) |
| 07/11/2023 | 42 | NOTICE OF FILING TRANSCRIPT filed for proceedings 10/14/2022 at 1:34 p.m. re Transcript 41 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. |

| | | |
|---|---|---|
| | | (Ponce, Myra) TEXT ONLY ENTRY (Entered: 07/11/2023) |
| 07/13/2023 | 43 | MINUTE ORDER IN CHAMBERS ORDER RE: OSC AS TO CONSOLIDATION OF RELATED CASES by Judge Sunshine Suzanne Sykes: The Court is in receipt of the parties' responses to its Order to Show Cause regarding consolidation of the three above-captioned matters. [See Dkt. 280; Dkt. 281; Dkt. 282 (No. 22-2616)]. Having read and considered the parties' written submissions as well as their arguments at conference, the Court hereby ORDERS that: (1) Ya Ya Creations, Inc. v. Opulent Treasures, Inc. (No. 22-06137) and Opulent Treasures, Inc. v. HK Jayden Trading, LTD (No. 23-04292) are CONSOLIDATED for all purposes; and (2) Opulent Treasures, Inc. v. Ya Ya Creations, Inc. (No. 22-02616) is STAYED in its entirety until further order of this Court. The Clerk of Court is DIRECTED to CLOSE the later-filed case, Opulent Treasures, Inc. v. HK Jayden Trading, LTD (No. 23-04292). The parties are further ADVISED that the Court intends to consolidate all three matters for the purposes of pretrial proceedings (including motions in limine, first-and second-round pretrial filings, and the final pretrial conference) and for trial. The stay in Opulent v. Ya Ya will be lifted in order to allow for full consolidation once appropriate. In light of this Order: (1) The motions in limine previously filed in Opulent v. Ya Ya and the associated application to seal are STRUCK [Dkt. 229, 230, 231, 232, 234, 235, 236, 237 (No. 22-02616)]; and (2) The Order to Show Cause is hereby DISCHARGED [See Dkt. 275 (No. 22-02616)] and the Order to Show Cause hearing scheduled for July 14, 2023, is VACATED. The Court further SETS a status conference as to all three matters for Friday, August 11, 2023 at 1 P.M. via Zoom. All parties involved are hereby DIRECTED to meet and confer in good faith in advance of this conference. They are further ORDERED to jointly file a status report, following their meet-and-confer but no later than Monday, August 7, at 12 P.M. (noon). Finally, the Court emphasizes that the operative scheduling order in Opulent v. Ya Ya (No. 22-2616) otherwise remains in full force and effect. (see document for further details) (bm) (Entered: 07/13/2023) |
| 07/17/2023 | 44 | MINUTE ORDER IN CHAMBERS by Judge Sunshine Suzanne Sykes: Order to Show Cause re Dismissal for Lack of Prosecution. The Court, on its own motion hereby orders Plaintiff to show cause in writing on or before July 31, 2023, whythis action should not be dismissed, with respect to Defendant OpulentTreasures, Inc. who has not filed an answer or otherwise responded to thecomplaint. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. This Order to Show Cause will be discharged if Plaintiff files, before the deadline set forth above, a request for the entry of default with respect to the applicable defendant(s).Defendant(s). (lc) (Entered: 07/18/2023) |
| 07/17/2023 | 46 | (IN CHAMBERS) ORDER DISMISSING DEFENDANTS WIN BEST IMPORT AND EXPORT, CO., LTD. AND SUO VIVI FOR FAILURE TO SERVE by Judge Sunshine Suzanne Sykes: The Court DISMISSES Defendants Win Best Import and Export, Co., Ltd. and Suo Vivi without prejudice from the instant action for Plaintiffs failure to serve and respond to the OSC. The Clerk is further DIRECTED to DISMISS Defendants Win Best Importand Export, Co., Ltd. and Suo Vivi from the consolidated/lead case Ya YaCreations, Inc. v. Opulent Treasures, Inc., et al., Case No. 2:22-cv-06137-SSS-Jx. IT IS SO ORDERED. Suo Vivi (an individual) and Win Best Import and Export, Co., Ltd. terminated. (shb) (Entered: 07/19/2023) |
| 07/18/2023 | 45 | REQUEST for Clerk to Enter Default against Defendant Opulent Treasures, Inc. filed by Plaintiff Ya Ya Creations, Inc.. (Attachments: # 1 Proposed Order) (Karish, Marc) (Entered: 07/18/2023) |
| 07/25/2023 | 47 | [8/9/2023 - DEFAULT SET ASIDE PER ORDER, 54 - DEFAULT BY CLERK F.R.Civ.P.55(a) as to Opulent Treasures, Inc. a California corporation (shb) Modified on 8/9/2023 (shb). (Entered: 07/25/2023) |

| 07/26/2023 | 48 | ORDER DISCHARGING ORDER TO SHOW CAUSE ("OSC") by Judge Sunshine S. Sykes: In view of the Clerk's Entry of Default [Dkt. 47] as to Defendant Opulent Treasures, Inc., entered on July 25, 2023, the Court hereby DISCHARGES the OSC [Dkt. 44], issued on July 17, 2023. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (iva) TEXT ONLY ENTRY (Entered: 07/26/2023) |
|---|---|---|
| 07/28/2023 | 49 | Notice of Appearance or Withdrawal of Counsel: for attorney John Kucera counsel for Defendant Opulent Treasures, Inc.. Adding John J. Kucera as counsel of record for Opulent Treasures, Inc. for the reason indicated in the G-123 Notice. Filed by Defendant Opulent Treasures, Inc.. (Attorney John Kucera added to party Opulent Treasures, Inc.(pty:dft)) (Kucera, John) (Entered: 07/28/2023) |
| 07/28/2023 | 50 | Notice of Appearance or Withdrawal of Counsel: for attorney Simon Peter Leen counsel for Defendant Opulent Treasures, Inc.. Adding Simon P. Leen as counsel of record for Opulent Treasures, Inc. for the reason indicated in the G-123 Notice. Filed by Defendant Opulent Treasures, Inc.. (Attorney Simon Peter Leen added to party Opulent Treasures, Inc.(pty:dft))(Leen, Simon) (Entered: 07/28/2023) |
| 07/28/2023 | 51 | Notice of Appearance or Withdrawal of Counsel: for attorney Joshua Yaw Foli Quaye counsel for Defendant Opulent Treasures, Inc.. Adding Joshua Yaw Foli Quaye as counsel of record for Opulent Treasures, Inc. for the reason indicated in the G-123 Notice. Filed by Defendant Opulent Treasures, Inc.. (Attorney Joshua Yaw Foli Quaye added to party Opulent Treasures, Inc.(pty:dft))(Quaye, Joshua) (Entered: 07/28/2023) |
| 08/07/2023 | 52 | STATUS REPORT filed by Defendant Opulent Treasures, Inc.. (Kucera, John) (Entered: 08/07/2023) |
| 08/07/2023 | 53 | Joint STIPULATION to Set Aside Default as to Opulent Treasures, Inc. filed by Defendant Opulent Treasures, Inc.. (Attachments: # 1 Proposed Order)(Kucera, John) (Entered: 08/07/2023) |
| 08/09/2023 | 54 | ORDER GRANTING JOINT STIPULATION TO SET ASIDE ENTRY OF CLERKS DEFAULT by Judge Sunshine Suzanne Sykes, Before the Court is the parties Joint Stipulation to Set Aside Entry of Clerks Default. The Court having reviewed the pleadings, docket, Joint Stipulation and all relevant documents in this matter, hereby ORDERS that good cause exists to set aside the Rule 55 Default by Clerk entered on July 25, 2023, ECF 47. The default is vacated. Defendant Opulent Treasures deadline to file an answer to the Complaint is August 23, 2023. IT IS SO ORDERED. (shb) (Entered: 08/09/2023) |
| 08/10/2023 | 55 | SCHEDULING NOTICE AND ORDER by Judge Sunshine S. Sykes: The Court is in receipt of the Joint Status Report [Dkt. 290]. Accordingly, on its own motion, the Court hereby VACATES the Status Conference set for August 11, 2023, with a further order to follow. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (iva) TEXT ONLY ENTRY (Entered: 08/10/2023) |
| 08/23/2023 | 56 | ANSWER to Complaint (Attorney Civil Case Opening), 1 with JURY DEMAND filed by Defendant Opulent Treasures, Inc..(Kucera, John) (Entered: 08/23/2023) |
| 08/29/2023 | 57 | ORDER REGARDING PRETRIAL SCHEDULING AND THE PARTIES JOINT STATUS REPORT INCONSOLIDATED OPULENT CASES. by Judge Sunshine Suzanne Sykes: The Court hereby ORDERS as follows: Because Opulents motion to dismiss Ya Ya Logistics counterclaim of fraud in Case No. 23-4292 [Dkt. 35] was not filed in this jurisdiction and was not addressed prior to the cases consolidation and closure, it is not now properly before the Court. The parties are DIRECTED to meet and confer regarding the motion, and Opulent is ORDERED to file either arenewed motion to dismiss or an answer to the counterclaim on or beforeSeptember 8, 2023. Because Case No. 23-4292 has been closed and consolidated with No. 22-6137, Opulent is directed to file this required |

| | | responsive pleading in that case instead. The Court hereby RESETS all trial and pretrial dates as follows: Exhibit List due by 8/9/2024., Witness List due by 8/9/2024., Motions in Limine to be filed by 7/26/2024., Last date to conduct settlement conference is 7/12/2024., Final Pretrial Conference set for 9/6/2024 at 2:00 p.m., Jury Trial set for 9/23/2024 at 9:00 a.m. See order for more information. (shb) (Entered: 09/05/2023) |
|---|---|---|
| 09/08/2023 | 58 | Joint STIPULATION for Extension of Time to File RESPONSE TO COUNTERCLAIM filed by Defendant Opulent Treasures, Inc.. (Attachments: # 1 Proposed Order)(Kucera, John) (Entered: 09/08/2023) |
| 09/11/2023 | 60 | ORDER granting Stipulation for Extension of Time to File Response/Reply 58 , Counter-defendant Opulent Treasures, Inc. answer due 9/8/2023 by Judge Sunshine Suzanne Sykes (pj) (Entered: 09/13/2023) |
| 09/12/2023 | 59 | Notice OF RENEWAL OF MOTION TO DISMISS PLAINTIFF AND COUNTER-CLAIMANT YA YA CREATIONS, INC.S COUNTERCLAIM filed by Defendant Opulent Treasures, Inc.. (Kucera, John) (Entered: 09/12/2023) |
| 09/15/2023 | 61 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: Notice (Other) 59 . The following error(s) was/were found: The Motion to Dismiss Plaintiff and Counter-claimant Ya Ya Creations Inc 's Counterclaim was denied on 2/23/2023. A new motion should be filed In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (shb) (Entered: 09/15/2023) |
| 10/16/2023 | 62 | ORDER DIRECTING PLAINTIFF TO FILE RENEWED RESPONSIVE PLEADING TO DEFENDANTSCOUNTERCLAIM. by Judge Sunshine Suzanne Sykes: Having reviewed the docket and procedural history in this matter, the Court DIRECTS Defendant to file its responsive pleading to Plaintiffs counterclaim on or before Friday, October 27, 2023, notwithstanding the September 11, 2023 deadline set by this Court in its previous order granting the parties stipulation [Dkt. 60]. The Court reiterates its previous instructions to the parties that they are to conduct a thorough meet and confer to see if their dispute may be resolved, whether through amendment to the pleadings or otherwise, without resort to a noticed motion like the one contemplated by Defendants struck notice. Should a renewed motion to dismiss prove necessary despite the parties best efforts, Plaintiff is instructed to notice its motion for an appropriate hearing date and the parties should file briefing consistent with this Courts usual deadlines. IT IS SO ORDERED. (shb) (Entered: 10/16/2023) |
| 10/26/2023 | 63 | (Attorney Sean P Rodriguez added to party Opulent Treasures, Inc.(pty:cd))(Rodriguez, Sean) (Entered: 10/26/2023) |
| 10/27/2023 | 64 | CLAIM. (Rodriguez, Sean) (Entered: 10/27/2023) |
| 10/27/2023 | 65 | NOTICE OF MOTION AND MOTION for Summary Judgment Opulent Treasures, Inc.. Motion set for hearing on 1/19/2024 at 02:00 PM before Judge Sunshine Suzanne Sykes. (Attachments: # 1 Supplement Separate Statement of Uncontroverted Facts, # 2 Declaration of Sean P. Rodriguez, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6) (Rodriguez, Sean) (Entered: 10/27/2023) |
| 11/01/2023 | 66 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: Notice of Appearance or Withdrawal of Counsel (G-123) 63 . The following error(s) was/were found: Incomplete docket text; missing name of event and text content. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not |

take any action in response to this notice unless and until the Court directs you to do so. (ak) (Entered: 11/01/2023)

| PACER Service Center | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 11/05/2023 11:42:34 | | | |
| **PACER Login:** | SMRHFirmUser | **Client Code:** | 73HF-368673 |
| **Description:** | Docket Report | **Search Criteria:** | 2:22-cv-06137-SSS-JC End date: 11/6/2023 |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |