# EXHIBIT I

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:22-cv-02616-SSS-JCx and 2:22-cv-06137-SSS-JCx | Date | August 29, 2023 |
|---|---|---|---|
| Title | *Opulent Treasures, Inc. v. Ya Ya Creations, Inc.* and *Ya Ya Creations, Inc. v. Opulent Treasures, Inc., et al.* | | |

Present: The Honorable     SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER REGARDING PRETRIAL SCHEDULING AND THE PARTIES' JOINT STATUS REPORT IN COSOLIDATED *OPULENT* CASES.**

The Court is in receipt of the parties' joint status report in the partly consolidated cases. [Dkt. 290 (No. 22-cv-2616); Dkt. 52 (No. 22-cv-6137)]. In light of the report, the Court's review of the relevant dockets, and its prior order regarding case consolidation, the Court hereby **ORDERS** as follows:

(1) Because Opulent's motion to dismiss Ya Ya Logistics' counterclaim of fraud in Case No. 23-4292 [Dkt. 35] was not filed in this jurisdiction and was not addressed prior to the case's consolidation and closure, it is not now properly before the Court. The parties are **DIRECTED** to meet and confer regarding the motion, and Opulent is **ORDERED** to file either a renewed motion to dismiss or an answer to the counterclaim on or before **September 8, 2023.** Because Case No. 23-4292 has been closed and

consolidated with No. 22-6137, Opulent is directed to file this required responsive pleading in that case instead.

(2) The Court hereby **RESETS** all trial and pretrial dates as follows:

| Trial and Final Pretrial Conference Dates<br>Note: Trial shall begin on Mondays at 9:00 a.m.<br>Final Pretrial Conference shall be on Fridays at 1:00 p.m. | Court Order | |
|---|---|---|
| Trial | **Monday, 09/23/2024**<br><br>☒ Jury Trial<br>☐ Bench Trial<br>Estimated Duration: 5-7 Days | |
| Final Pretrial Conference ("FPTC") [L.R. 16] | **Friday, 09/06/2024** | |
| Event<br>Note: All deadlines shall be on Fridays.<br>Hearings shall be on Fridays at 2:00 p.m. | Court Order | |
| | **No. 22-cv-6137 (consolidated for all purposes with No. 23-4292)** | **No. 22-2616** |
| Last Date to Hear Motion to Amend Pleadings or Add Parties | Fri, 09/22/2023 | CLOSED |
| Fact Discovery Cut-Off<br>(no later than deadline for filing dispositive motions) | Fri, 01/05/2024 | CLOSED |
| Expert Disclosure (Initial) | Fri, 01/12/2024 | CLOSED |
| Expert Disclosure (Rebuttal) | Fri, 01/26/2024 | CLOSED |
| Expert Discovery Cut-Off | Fri, 02/09/2024 | CLOSED |
| Last Date to Hear Motions<br>• Rule 56 Motions are due at least 7 weeks before hearing; Rule 56 Opposition due at least 5 weeks before hearing; Rule 56 Reply due at least 4 weeks before hearing.<br>• Briefing deadlines for all other motions are pursuant to L.R. 6-1, 7-9, 7-10. | Fri, 04/26/2024 | CLOSED |
| Deadline to Complete Settlement Conference [L.R. 16-15] | Fri, 07/12/2024<br><br>☐ 1. Magistrate Judge<br>☒ 2. Court Mediation Panel<br>☐ 3. Private Mediation | |
| Deadline to File Motions in Limine | Fri, 07/26/2024 | |

| | |
|---|---|
| Deadline for Oppositions to Motions in Limine | Fri, 08/09/2024 |
| Trial Filings (first round)<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | Fri, 08/09/2024 |
| Trial Filings (second round)<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | Fri, 08/23/2024 |
| Hearing on Motions in Limine | Fri, 08/30/2024 |

**IT IS SO ORDERED.**