# EXHIBIT J

# Marc Karish

| | |
|---|---|
| **From:** | Marc Karish |
| **Sent:** | Friday, November 3, 2023 12:13 PM |
| **To:** | amathew@bsfllp.com; gshin@bsfllp.com; mbower@bsfllp.com |
| **Cc:** | Bruce Chapman |
| **Subject:** | Opulent Treasures; Case No. 23-cv-14142 in the Northern District of Illinois |

Dear Counsel,

As you know from the multiple pending cases between Opulent Treasures and Ya Ya Creations, Inc., we are counsel for Ya Ya Creations, Inc. It has come to our attention that you filed a case in the Northern District of Illinois against our client under seal, obtained a temporary restraining order under seal and have now asked Shopify to disable our client's account. As you are no doubt aware, the same trademarks and copyrights at issue in your complaint are already the subject of cases pending between Opulent and Ya Ya in the Central District of California (including Ya Ya's complaint for declaratory relief and intentional interference with prospective economic advantage regarding Opulent's takedown notices that was filed over a year ago).

Please forward us a copy of the temporary restraining order and Exhibit C to the complaint.

Please contact me with any questions or to further discuss this matter.

Regards,

Marc Karish
Attorney
Karish & Bjorgum, PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Tel.: (213) 785-8070
Fax: (213) 995-5010
E-mail: marc.karish@kb-ip.com

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at marc.karish@kb-ip.com or by telephone at (213) 785-8070. Thank you.