# EXHIBIT L

# Marc Karish

| | |
|---|---|
| **From:** | Marc Karish |
| **Sent:** | Wednesday, November 8, 2023 11:23 AM |
| **To:** | mit817@gmail.com; llg-notices@stripe.com |
| **Subject:** | RE: FW: [Shopify] Update: Notice of Court Order |
| **Attachments:** | 0025. (11-06-2023) NOTICE of Voluntary Dismissal by Opulent Treasures Inc. of Certain Defendants Nos. 195 (efavormart).pdf; ND ILL DOCKET.pdf |

Dear Stripe,

I am intellectual property counsel for Ya Ya Creations (the owner of efavormart.com and tableclothsfactory.com) and Mitch Su. The websites efavormart.com and tableclothsfactory.com should never have been in the lawsuit filed by Opulent Treasures and should never have been subject to any temporary restraining order. Opulent has now dismissed efavormart.com and tableclothsfactory.com and any restraints placed on those websites pursuant to any court order should be removed as soon as possible.

Please let me know if you have any questions or concerns.

Regards,

Marc Karish
Attorney
Karish & Bjorgum, PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Tel.: (213) 785-8070
Fax: (213) 995-5010
E-mail: marc.karish@kb-ip.com

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at marc.karish@kb-ip.com or by telephone at (213) 785-8070. Thank you.

**From:** mit817@gmail.com <mit817@gmail.com>
**Sent:** Wednesday, November 8, 2023 11:18 AM
**To:** llg-notices@stripe.com; Marc Karish <marc.karish@kb-ip.com>
**Subject:** Fwd: FW: [Shopify] Update: Notice of Court Order

Stripe Inc:

Re: acct_19vCFiLqsqRcweJ0 | Mitch Su

Here is the court order to dismiss the case.

Mitch

**From:** Terri S. (Recovery) <recovery_operations@shopify.zendesk.com>
**Sent:** Wednesday, November 8, 2023 11:10 AM
**Cc:** Marc Karish <marc.karish@kb-ip.com>
**Subject:** [Shopify] Update: Notice of Court Order

You are registered as a CC on the Support Ticket **43066387**.
Reply to this email to add a comment to the request.

**Terri S.** (Shopify)

Nov 8, 2023, 14:09 EST

Hello,

The court order was sent directly to the payment processor for Shopify Payments, Stripe Inc and was enforced by them. Shopify is unable to remove a control put in place by Stripe Inc so any communications or release notices will need to be sent directly to Stripe at llg-notices@stripe.com. You may need to provide them with your Stripe account number included in the original email upon sending any release notices.

Thank you,


Terri S.
Recovery Operations Specialist
Shopify Recovery Team



**Your ticket ID is 43066387.**



On November 06, Mit817 wrote:


Please see court order to dismiss.

Attachment(s)

[0025.__11-06-2023__NOTICE_of_Voluntary_Dismissal_by_Opulent_Treasures_Inc._of_Certain_Defendants_Nos._195__efavormart_.pdf](#)

--
Thx
Mitch