# EXHIBIT M

# Marc Karish

| | |
|---|---|
| **From:** | Genesis Shin <gshin@bsfllp.com> |
| **Sent:** | Thursday, November 9, 2023 11:00 AM |
| **To:** | Marc Karish |
| **Cc:** | Bruce Chapman; Adrianna Mathew; Madison Bower; Sean Rodriguez; John Kucera; Katie Kavanaugh |
| **Subject:** | RE: Opulent Treasures; Case No. 23-cv-14142 in the Northern District of Illinois |

Counsel,

We have taken all steps to remove any restraints we may have inadvertently caused, and it is our understanding that no restraints were put on your client's accounts pursuant to this lawsuit. Nonetheless, we will follow up with all third-party processors to confirm as much and will continue to provide assistance where requested.

Sincerely,

**Genesis Shin**
Associate

**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East
Suite 1520
Los Angeles, CA  90067
(t): 213-995-5719
gshin@bsfllp.com
www.bsfllp.com

---

**From:** Marc Karish <marc.karish@kb-ip.com>
**Sent:** Thursday, November 9, 2023 9:20 AM
**To:** Genesis Shin <gshin@bsfllp.com>
**Cc:** Bruce Chapman <bruce.g.chapman@kb-ip.com>; Adrianna Mathew <AMathew@BSFLLP.com>; Madison Bower <mbower@bsfllp.com>; Sean Rodriguez <srodriguez@BSFLLP.com>; John Kucera <jkucera@bsfllp.com>; Katie Kavanaugh <KKavanaugh@bsfllp.com>
**Subject:** RE: Opulent Treasures; Case No. 23-cv-14142 in the Northern District of Illinois

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Dear Counsel,

The restraints on Ya Ya Creations' accounts have not been lifted and this is continuing to cause damage to Ya Ya Creations. Please notify any of the third parties that you contacted about the TRO with regard to Ya Ya Creations (including, but not limited to, Shopify and Stripe) immediately that Ya Ya Creations' has been dismissed and that the TRO no longer applies to them. Again, this is continuing to cause substantial harm to Ya Ya Creations and we need your help to stop it as soon as possible.

Regards,

Marc Karish
Attorney

Karish & Bjorgum, PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Tel.: (213) 785-8070
Fax: (213) 995-5010
E-mail: marc.karish@kb-ip.com

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at marc.karish@kb-ip.com or by telephone at (213) 785-8070. Thank you.

**From:** Genesis Shin <gshin@bsfllp.com>
**Sent:** Monday, November 6, 2023 2:49 PM
**To:** Marc Karish <marc.karish@kb-ip.com>
**Cc:** Bruce Chapman <bruce.g.chapman@kb-ip.com>; Adrianna Mathew <AMathew@BSFLLP.com>; Madison Bower <mbower@bsfllp.com>; Sean Rodriguez <srodriguez@BSFLLP.com>; John Kucera <jkucera@bsfllp.com>; Katie Kavanaugh <KKavanaugh@bsfllp.com>
**Subject:** RE: Opulent Treasures; Case No. 23-cv-14142 in the Northern District of Illinois

Counsel,

Apologies, I have been out with COVID and am catching up on emails. We will file a notice of dismissal of your client's stores today and any restraint on your client's accounts, if any, will be lifted.

Sincerely,

**Genesis Shin**
Associate

**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East
Suite 1520
Los Angeles, CA  90067
(t): 213-995-5719
gshin@bsfllp.com
www.bsfllp.com

**From:** Marc Karish <marc.karish@kb-ip.com>
**Sent:** Monday, November 6, 2023 1:03 PM
**To:** Adrianna Mathew <AMathew@BSFLLP.com>; Genesis Shin <gshin@bsfllp.com>; Madison Bower <mbower@bsfllp.com>; Sean Rodriguez <srodriguez@BSFLLP.com>; John Kucera <jkucera@bsfllp.com>
**Cc:** Bruce Chapman <bruce.g.chapman@kb-ip.com>
**Subject:** RE: Opulent Treasures; Case No. 23-cv-14142 in the Northern District of Illinois

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Dear Counsel,

I have not yet received any response to my email. If I do not hear from you by 3 pm Pacific Standard Time today, then I will presume that you will oppose the motion.

Regards,


Marc Karish
Attorney
Karish & Bjorgum, PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Tel.: (213) 785-8070
Fax: (213) 995-5010
E-mail: marc.karish@kb-ip.com

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at marc.karish@kb-ip.com or by telephone at (213) 785-8070. Thank you.

**From:** Marc Karish
**Sent:** Monday, November 6, 2023 11:57 AM
**To:** amathew@bsfllp.com; gshin@bsfllp.com; mbower@bsfllp.com; Sean Rodriguez <srodriguez@BSFLLP.com>; John Kucera <jkucera@bsfllp.com>
**Cc:** Bruce Chapman <bruce.g.chapman@kb-ip.com>
**Subject:** Opulent Treasures; Case No. 23-cv-14142 in the Northern District of Illinois


Dear Counsel,

Defendant Ya Ya Creations, Inc. ("Ya Ya Creations") intends to file a motion to dissolve or in the alternative, to modify the Temporary Restraining Order issued October 11, 2023 as against Ya Ya Creations based on the currently pending consolidated cases in California and lack of irreparable harm. Ya Ya Creations will also seek reimbursement from Opulent for all of out of pocket costs and lost revenue resulting from the improperly issued TRO and the attorneys' fees and costs incurred in filing the motion. Please let me know if Opulent Treasures objects to the motion and if it will oppose the motion.

Regards,


Marc Karish
Attorney
Karish & Bjorgum, PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Tel.: (213) 785-8070
Fax: (213) 995-5010
E-mail: marc.karish@kb-ip.com

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at marc.karish@kb-ip.com or by telephone at (213) 785-8070. Thank you.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]