IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

OPULENT TREASURES, INC.,

    Plaintiff,

v.                                          Case No.: 23-cv-14142

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A HERETO,

    Defendants.

**DEFENDANT YA YA CREATIONS, INC.'S
DECLARATIONS IN SUPPORT OF ITS REQUEST
FOR REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS**

Pursuant to the Court's Minute Entry dated November 27, 2023 (Dkt. 63), Defendant Ya Ya Creations, Inc. submits the following declarations in support of its request for reimbursement of attorneys' fees and costs:

1.    Declaration of Scott McCurdy Identifying Defendant Ya Ya Creations, Inc.'s Itemized Costs for Reimbursement, with Exhibit 1 attached. (**FILED SEPARATELY, UNDER SEAL**).

2.    Declaration of Marc Karish in Support of Defendant Ya Ya Creations, Inc.'s Itemized Costs for Reimbursement, with Exhibits 2-9 attached.

3.    Declaration of Jill Pietrini Identifying Attorneys' Fees For Reimbursement to Defendant Ya Ya Creations, Inc., with Exhibit 10 attached.

Respectfully submitted,

/s/ *Bradley C. Graveline*
Bradley C. Graveline (ARDC No. 6203817)
Sheppard Mullin Richter & Hampton LLP
321 N. Clark St., 31st Floor
Chicago, IL 60654
312-499-6300
bgraveline@sheppardmullin.com

Jill M. Pietrini
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA 90067
310-228-3700
jpietrini@sheppardmullin.com

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 4, 2023, he caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court and served on all counsel of record.

> Respectfully submitted,
>
> /s/ *Bradley C. Graveline*
> Bradley C. Graveline (ARDC No. 6203817)
> Sheppard Mullin Richter & Hampton LLP
> 321 N. Clark St., 31st Floor
> Chicago, IL  60654
> 312-499-6300
> bgraveline@sheppardmullin.com