**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

OPULENT TREASURES, INC.,

        Plaintiff,

   v.                                  Case No.: 23-cv-14142

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A HERETO,

        Defendants.

**DECLARATION OF MARC KARISH IN SUPPORT OF DEFENDANT YA YA
CREATIONS, INC.'S ITEMIZED COSTS FOR REIMBURSEMENT**

I, Marc Karish, declare as follows:

1.      I am a partner in the law firm of Karish & Bjorgum, PC, attorneys for Defendant

Ya Ya Creations, Inc. ("Ya Ya") in other litigation that was filed and is pending between Plaintiff

Opulent Treasures, Inc. ("Opulent") and Ya Ya in California.  I submit this declaration in support

of Ya Ya's itemized costs for reimbursement and to submit true and correct copies of certain

documents and certain information.

2.      I read Plaintiff's Response To Ya Ya Creations, Inc.'s Request For Reimbursement

As To Does 195 And 197, which states in part that, "[a]t time of filing, Plaintiff was not aware of

Ya Ya's confirmed relation to efavormart and tableclothsfactory as their online stores do not

readily indicate any relation to Ya Ya."  (Dkt 56, p. 2.)

3.      As explained below, that representation is false.  However, Ya Ya did not have an opportunity to reply to the false statements before the Court issued its order on November 27, 2023, because Ya Ya's reply was due the following day on November 28, 2023.

4.      The Court adopted Opulent's misrepresentation that Opulent did not know Ya Ya owned the www.efavormart.com and www.tableclothsfactory.com websites.  I read the Court's November 27, 2023 order, which states in part that, "[i]n its motion, Ya Ya Creations does not include any evidence that Plaintiff knew of any affiliation between Ya Ya Creations and these two named Defendants in this action to support its theory of misconduct."  (Dkt 63,  p. 1.)

5.      With my declaration submitted in support of Ya Ya's motion to dissolve the temporary restraining order ("TRO") in this case, I provided information and documentary evidence that Opulent did know that Ya Ya owned the www.efavormart.com and www.tableclothsfactory.com websites, which were identified as defendants in this case.  (Dkt 19, ¶ 19, Ex. N.)  Specifically, I attached excerpts from the First Amended Complaint filed in the U.S. District Court for the Eastern District of Texas (which was consolidated with the other cases in California), where Opulent alleged, "Defendant Ya Ya operates affiliated websites www.efavormart.com and www.tableclothsfactory.com."  I am reattaching the relevant portions of the First Amended Complaint filed by Opulent in the U.S. District Court for the Eastern District of Texas as **Exhibit 2** to this declaration.

6.      Also, on June 10, 2022, Carol Wilson, Chief Executive Officer of Opulent, admitted during her deposition taken in the California litigation that she knew Ya Ya was affiliated with the www.efavormart.com and www.tableclothfactory.com websites.  Because Plaintiff marked the relevant portion of the deposition transcript of Carol Wilson as confidential in the California litigation under the protective order issued in that case, on November 30, 2023, I asked Plaintiff's

counsel, Boies Schiller Flexner LLP ("Boies Schiller"), for permission to use the excerpt from that deposition in this case.   Attached as **Exhibit 3** is a true and correct of my November 30, 2023 email to Boies Schiller regarding Ms. Wilson's deposition.  I asked for a response by noon PST, December 1, 2023, barring which I would presume that Plaintiff declined the request.   As of the filing of this declaration, I have not received a response from Plaintiff's counsel.

7.      On January 23, 2022, Ms. Wilson also admitted in a declaration filed in the California litigation that Opulent knew that the www.efavormart.com website was associated with Ya Ya because Opulent had used a third party, Red Point Solutions, to contact Ya Ya about potentially infringing products on the www.efavormart.com website.  Attached as **Exhibit 4** is a true and correct copy of Ms. Wilson's declaration dated January 23, 2022.   *See* Exhibit 5, ¶ 22 ("Through Red Points Solutions, Opulent informed Defendant [Ya Ya] that it was infringing Opulent's trademark rights and demanded that it stops using Opulent Designs.").   To support Ms. Wilson's declaration, she attached Exhibit F to the declaration, which is an email chain between Mitchell M. Su, Chief Executive Officer and founder of Ya Ya, and Red Point Solutions, about allegedly infringing activity on the www.efavormart.com website.   Attached as **Exhibit 5** is a true and correct copy of Exhibit F to Ms. Wilson's declaration dated January 24, 2022.   *See* Ex. 6, p. 2-5 (listing several pages of links to products on the www.efavormart.com website).

8.      On September 25, 2023, Carol Wilson further claimed in her declaration filed in this Court to support the issuance of the TRO that she "confirmed that Defendants' seller names (identified in Schedule A to the Complaint) are not associated with any legitimate registered business."  Dkt 13, ¶ 21.  Attached as **Exhibit 6** is a true and correct copy of Ms. Wilson's declaration dated September 26, 2023.    This is also a false statement.  Ms. Wilson, the rest of the leadership at Opulent, and their counsel, know that Ya Ya is a well-established business located in

the Southern California from their experience litigating against Ya Ya for at least two years in several jurisdictions throughout the United States.

9.     I do not believe that any of this was a mere coincidence or mistake. Boies Schiller, which is Opulent's counsel of record in this case, appeared as counsel of record in June 2023 in Opulent's consolidated cases pending in the Central District of California, and filed this action approximately three months later in September 2023. In particular on behalf of Plaintiff, Boies Schiller filed an Answer to Ya Ya's declaratory judgment complaint in the consolidated California actions in which Ya Ya alleged that "Ya Ya sells its products through its websites: www.efavormart.com, www.tableclothsfactory.com, www.ehomart.com, and www.silkflowersfactory.com as well as through third party on-line retailers such as Amazon. Although Boies Schiller denied the allegation based on a lack of information and belief, the firm was still aware that Ya Ya claimed ownership of the identified websites, including www.efavormart.com and www.tableclothsfactory.com. Attached as **Exhibit 7** and **Exhibit 8**, respectively, are true and correct copies of the relevant pages from Ya Ya's declaratory judgment complaint filed on August 29, 2022 in the Central District of California (See ¶ 10), and Opulent's answer thereto filed on August 23, 2023 (See ¶ 10).

10.     My firm has incurred legal fees in assisting Sheppard Mullin in this case. Our firm provided Sheppard Mullin, which serves as lead counsel, with all of the documents and background relating to the California cases. Our firm also led the communications with Boies Schiller, Stripe, and Shopify in the efforts to get Ya Ya's accounts unfrozen. My firm took a secondary and advisory role because Sheppard Mullin represents Ya Ya in other matters and has a Chicago office. Attached as **Exhibit 9** is a true and correct copy of our firm's itemized and

redacted list of fees.  As of the filing of this declaration, my firm has incurred $3,697.50 in legal fees for Ya Ya in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on December 4, 2023 in Pasadena, California.

/s/Marc Karish
Marc Karish

SMRH:4892-3308-5076.6

# EXHIBIT 2

**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **OPULENT TREASURES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**YA YA CREATIONS, INC.**<br><br>Defendant. | **Civil Action No.:** 2:21-cv-00313-JRG<br>**JURY TRIAL DEMANDED** |

## FIRST AMENDED COMPLAINT

Plaintiff Opulent Treasures, Inc. ("Opulent" or "Plaintiff") files this First Amended Complaint for damages and injunctive relief against Defendant Ya Ya Creations, Inc. ("Ya Ya").

## NATURE OF THE ACTION

1.      This is a civil action for trade dress infringement, trade dress dilution, false designation of origin, unfair competition, unjust enrichment, and request for injunctive relief arising out of Defendant's unauthorized and infringing use of Opulent's trade dress for cake stands and other décor items. As described more fully below, upon information and belief, Defendant has knowingly, willfully, or intentionally infringed Opulent's trade dress, damaged Opulent's business reputation, and subjected Opulent to unfair competition, lost profits, and other monetary damages. The infringement is ongoing, causing Opulent to suffer irreparable harm.

2.      Opulent sues under the Lanham Act, including 15 U.S.C. §§ 1114(1) and 1125(a) and (c) *et seq.*(Infringement, False Designation of Origin, Unfair Competition and Dilution); 15 U.S.C. § 1116 (Injunctive Relief), 15 U.S.C § 1117 (Attorney's Fees and Treble Damages), 15 U.S.C. § 1118, the Texas Business and Commerce Code § 16 *et seq.*, and common law.

## PARTIES

3.       Opulent is a corporation organized and existing under the laws of the state of California, with its principal place of business in El Segundo, California. It sells its products through its website www.opulentreasures.com as well as through other e-commerce platforms including Amazon.com, Wayfair.com, WalMart.com, and eBay.com. It also sells its products to leading retail stores such as TJX Corp., including its affiliates Home Goods, TJ Maxx, Marshalls, Winners, Home Sense Canada and TK Maxx Europe. Opulent is and has been marketing and selling Opulent's Designs[1] in Texas and throughout the United States in interstate commerce continuously.

4.       On information and belief, Defendant Ya Ya is a California corporation with its principal place of business at 13155 Railroad Ave., City of Industry, California 91746.

5.       On information and belief, Defendant Ya Ya operates affiliated websites www.efavormart.com and www.tableclothsfactory.com.

6.       Defendant is the manufacturer, seller, or distributor of cake stands and other décor items which are infringing on Opulent's Designs.

7.       Defendant sells its infringing products in Texas and throughout the United States.

## JURISDICTION AND VENUE

8.       This Court has subject-matter jurisdiction over all aspects of this action under 15 U.S.C. § 1051 et seq. ("Lanham Act") and 28 U.S.C. §§ 1331, 1337, and 1338.

9.       This Court has pendent jurisdiction over the Texas statutory and common law claims pursuant to 28 U.S.C. § 1367 because the claims are so related to the other claims in the

---

[1] Opulent's Designs mean federally and common law protected trade dresses which Defendant infringes.

## DEMAND FOR JURY TRIAL

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

DATED: December 23, 2021        BROZYNSKI & DALTON PC

By: */s/ Katarzyna Brozynski*
KATARZYNA BROZYNSKI
State Bar No. 24036277
kasia@bdlegalgroup.com
BART DALTON
Texas Bar No. 24043418
bart@bdlegalgroup.com
ERIC KNUDSEN
Texas Star Bar No. 24120949
eric@bdlegalgroup.com
5700 Tennyson Parkway, Suite 300
Plano, Texas 75024
Telephone:  972.371.0679

Attorneys for PLAINTIFF
OPULENT TREASURES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing document was filed electronically. As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: December 23, 2021        */s/ Katarzyna Brozynski*
Katarzyna Brozynski

# EXHIBIT 3

**From:** Marc Karish <marc.karish@kb-ip.com>

**Date:** Thursday, November 30, 2023 at 3:32 PM

**To:** Samantha Parrish <Sparrish@bsfllp.com>, Genesis Shin <gshin@bsfllp.com>

**Cc:** Sean Rodriguez <srodriguez@BSFLLP.com>, John Kucera <jkucera@bsfllp.com>, Ashley Hermann <ahermann@bsfllp.com>, Bruce Chapman <bruce.g.chapman@kb-ip.com>

**Subject:** Case No. 1:23-cv-14142 Opulent Treasures, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified in Schedule A to the Complaint, et al

Dear Counsel,

In responding to the Court's Order for Ya Ya to file a declaration for claimed lost interest, reasonable attorneys' fees, and costs (Dkt. No. 63), Ya Ya wishes to submit page 152 of Carol Wilson's deposition in Case No. 2:22-cv-06137-SSS-JC pending in the Central District of California. See attached.

However, lines 1 to 18 of page 152 have been designated as confidential pursuant to the protective order in Case No. 2:22-cv-06137-SSS-JC. Accordingly, I am asking for your permission to: 1) show Carol Wilson's deposition transcript to Ya Ya's counsel in Case No. 1:23-cv-14142 and 2) to use page 152 of Carol Wilson's deposition in Case No. 1:23-cv-14142. Upon review of page 152 it is hard to see why that material is properly designated confidential. However, assuming that Opulent is okay with us showing Carol Wilson's declaration to Ya Ya's counsel in Case No. 1:23-cv-14142 and using page 152 of Carol Wilson's deposition in Case No. 1:23-cv-14142, please let me know if Opulent would like us to file page 152 of the deposition under seal.

Please provide me with a response by noon tomorrow Pacific Standard Time. If I do not receive a response from you by then, I will presume that you are refusing to allow us to submit that deposition to the Illinois court in Case No. 1:23-cv-14142.

Regards,

Marc


Marc Karish
Attorney
Karish & Bjorgum, PC

119 E. Union Street, Suite B
Pasadena, CA 91103
Tel.: (213) 785-8070
Fax: (213) 995-5010
E-mail: marc.karish@kb-ip.com

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately via e-mail at marc.karish@kb-ip.com or by telephone at (213) 785-8070. Thank you.

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHAL DIVISION

| | | |
|---|---|---|
| OPULENT TREASURES, INC., | § | |
| Plaintiff, | § | |
| **v.** | § | Case No. 2:21-cv-00313-JRG |
| | § | |
| YA YA CREATIONS, INC., | § | |
| Defendant. | § | |

**DECLARATION OF CAROL WILSON, CEO OF
OPULENT TREASURES, INC.**

I, Carol Wilson, do hereby declare:

1.      I am the CEO of Opulent Treasures, Inc. ("Opulent") since its incorporation on March 3, 1997. I have personal knowledge of the facts set forth in this declaration. I am intimately familiar with the marketing and sales activities with respect to, and the sales and revenues generated by Opulent. I have also personal knowledge regarding take down attempts through Red Point Solutions requesting Defendant cease and desist from marketing and selling Accused Products.

2.      █████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████

3.      █████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████

4.      Opulent is the creator of the "Chandelier Cake Stand," "Chandelier Cupcake Holder," "Chandelier Candle Holder" and many other distinct trade dresses, all protected

under federal or common trademark law (collectively "Opulent's Designs"). These products did not exist before Opulent introduced them to the marketplace. Images of these designs being infringed by Defendant are attached as Exhibit A. Below are the dates Opulent has been selling each of these products since and the volume of sales in dollars.

a. ████████████████████████████████████

   ████████

   ████████████████████████████████████

   █ ████████████████████████████████

   ████████████████████████████████████

   █ ████████████████████████████████

   █ ████████████████████████████████

   █ ████████████████████████████████

   ████████████████████████████████

5. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████

6. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████

7. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████████

██████████  ████  █████████████  ████  ████  ████  ████  █████████

████████████████████████████████

8.    ████████████████████████████████████████████

████████

9.    ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████

10.    ████████████████████████████████████████████

██████████████████████████████████

■    ████████████████████████████████████████████

████████████████████████████████████████████

██████████████████

■    ████████████████████████████████████████████

██████████████████████████

■    ████████████████████████████████████████████

██████████████████████████

■    ████████████████████████████████████████████

████████████████████

■    ████████████████████████████████████████████

████████████████████████

■    ████████████████████████████████████

- ███ ████ ███ █████ ████ ████ ████ ████ ████ ████
  █████████

- █████████████████████████████████████████

- █████████████████████████████████████████

- █████████████████████████████████████████

- █████████████████████████████████████████
  █████████

11. ███████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████

12. ███████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████

13. ███████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████



19.    Opulent is the exclusive licensee of Opulent's Designs. Opulent has used Opulent's Designs continuously as the main identifier of its elegant and distinct décor pieces. Opulent has acquired federally protected trademarks and has sent takedown requests and cease and desist letters to infringers to protect its intellectual property, including Defendant.

20.     This first take down of Defendant's counterfeit products in October 2020, occurred as soon as Opulent noticed significant progress in the Defendant's encroachment of Opulent's designs. The request was made through Red Point Solutions.

21.     Opulent engaged the services of Red Point Solutions, a platform that assists customers like Opulent in dealing with counterfeit products. Red Points Solutions monitors for potential infringement and sends cease and desist letters to infringers.

22.     Through Red Points Solutions, Opulent informed Defendant that it was infringing Opulent's trademark rights and demanded that it stops using Opulent Designs. A true and correct copy of these communications, with highlighting added, are attached as Exhibit F. Despite these take down requests, Defendant did not stop using Opulent designs.

I declare under the laws of the United States that all statements made herein are of my own knowledge and are true, and further that these statements are made with the knowledge that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001.


Signed at _El Segundo_, California on January _23rd_, 2022

_Carol N Wilson_
_____
Carol Wilson, CEO
Opulent Treasures, Inc.

# EXHIBIT 5

# EXHIBIT F



**Opulent Treasures Enforcement Agent <opulenttreasures-bp@redpoints.com>**

---

## Re: [R.WEB] Intellectual Property Infringement Notice - efavormart.com [ ref:_00D0YYcSO._5001n1UYzbi:ref ]

4 mensajes

---

**mit817@yahoo.com** <mit817@yahoo.com>                                                                        13 de octubre de 2020, 10:26
Para: opulenttreasures <opulenttreasures-bp@redpoints.com>

To whom it may concern,

We confirm receipt of your 09/10/2020 email.

Your email included links to our products with allegations that these product designs originated from Opulent Treasures.

Would you please forward links to the Opulent Treasures products that each product design is alleged to have copied? Please also inform us when Opulent Treasures began selling each product design that is alleged to have been copied.

Finally, you mention that your brand is trademarked. Are you alleging trademark infringement as well? If so, please specifically tell us where you believe our website in infringing your trademarks.

Sincerely,
Mitch

On Tuesday, October 13, 2020, 02:56:07 AM PDT, opulenttreasures <opulenttreasures-bp@redpoints.com> wrote:

To whom it may concern,

We contact you as per the instructions of our client Opulent Treasures (https://www.opulenttreasures.com/), as their authorized agents.

Errors and omissions excepted, we have not received a response to our email sent on 09/10/2020.

Please note that if we do not receive a response within two (2) business days, we will initiate actions directly with your host provider in order to request its removal.

Looking forward to hearing from you.

Sincerely,

RED POINTS SOLUTIONS
Online Brand Protection Division
opulenttreasures-bp@redpoints.com
www.redpoints.com

This message and its attached files are confidential. It is intended solely for the addressee or addressees. If you are not the intended recipient, any use, treatment, disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and is unlawful. If you have received this message in error, please destroy it and notify info@redpoints.com. Thank you.

-------------- Original Message ---------------
**From:** Opulent Treasures [opulenttreasures-bp@redpoints.com]

1/15/2021     Gmail - [R.WEB] Intellectual Property Infringement Notice - efavormart.com [ ref:_00D0YYcSO._5001n1UYzbi:ref ]

Case 2:21-cv-00313-JRG Document 27-9 Filed 01/24/22 Page 3 of 10 PageID #: 425

**Sent:** 9/10/2020 15:03
**To:** sales@efavormart.com; t56yt39a4zj@networksolutionsprivateregistration.com
**Subject:** [R.WEB] Intellectual Property Infringement Notice - efavormart.com [ ref:_00D0YYcSO._5001n1UYzbi:ref ]

To whom it may concern,

We contact you as per the instructions of our client Opulent Treasures (https://www.opulenttreasures.com/), as their authorized agents.

 Enclosed, find the Letter of Authorization to act on behalf of our client. LoA_OpulentTreasuresInc - https://document-res.pro8.redpoints.com/dd34ab9f-fd64-4bca-9d66-18c7eb0164c1_LoA_OpulentTreasuresInc.pdf

Opulent Treasures  has confirmed to us that they have a good faith belief that the following content is infringing upon their valid intellectual property rights:

Infringement type: Counterfeit
Domain: efavormart.com
IP Address: 23.227.38.32

URL(s) where illegal content is located:

https://www.efavormart.com/collections/cake-stands/products/set-of-3-silver-round-metal-cake-stand-with-mirror-top
https://www.efavormart.com/products/set-of-3-blush-rose-gold-square-metal-cake-stand-with-mirror-top
https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwkoz7BRBPEiwAeKw3q_nmPvW5M4TuCxdRx3K66iz5YN1YfkT4miMNmLjWasrDPXyp0TX0ChoCa_
YQAvD_BwE&variant=1202428903442
https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwkoz7BRBPEiwAeKw3qwlIXS34VJOjb3OSRge7e8GbO9551hZpcA99f_UphvH_qNqFxtzYLhoCRegQAvD_
BwE&variant=1202428903442
https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwkoz7BRBPEiwAeKw3q3Z80_YhNTKHi-bvG1lGd--tqGzGCVIXNdeJcCGxMFLkbn_
FrlkzTRoCTp0QAvD_BwE&variant=1202428903442
https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwkoz7BRBPEiwAeKw3q8L47OTA10KCwvUlRc8MNy95RDK08ZXEw3PS-HhMs8q3i8v4nGtq9hoCJnIQAvD_
BwE&variant=1202428903442
https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
EAIaIQobChMI8Z6u76fx6wIVUYR-Ch3oVg1GEAEYASABEgL9ovD_BwE&variant=1202428903442
https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwkoz7BRBPEiwAeKw3q4IXjumhE2OkUdkutbm6BWR7zqxVqX4jZVp7SajClUl0GnA4FNWLaBoCDYQQAvD_
BwE&variant=1202428903442
https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwkoz7BRBPEiwAeKw3q9ZE_MLtUXJbbr-Wt4ZviyWAfDPQdWBgs0kK9pEHiKSD1
i7FuyR5WhoCAkoQAvD_BwE&variant=1202428903442
https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwkoz7BRBPEiwAeKw3qw1scFagJwPiZSn096yDnzc1sSm7Swag7p_CfMftiW2KirswthFFFRoCMdwQAvD_
BwE&variant=1202428903442
https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwkoz7BRBPEiwAeKw3qyQ43rqWVZpI2c35UFs3VnGIJEv448YQ8BnrvOm164PI8BmoUGbnIhoCITMQAvD_
BwE&variant=1202428903442
https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjw2Jb7BRBHEiwAXTR4jVJte9EI6Ddx_vGQrQExvYAAx-driFoxL60RIxcNpXc5B_
HMDttFGRoCrOEQAvD_BwE&variant=1202428903442
https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjw2Jb7BRBHEiwAXTR4jSIPgsMrvxdLMtBxueKbzIqo_ax6bjno9bEltzrCaK-6ldmQTOaVpRoC3LEQAvD_BwE&
variant=1202428903442
https://www.efavormart.com/products/set-of-3-blush-rose-gold-square-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjw2Jb7BRBHEiwAXTR4jfzOuaXPLWlvP4NOHTE3zB_8VhM6kIIWtR4Uiowa-
wHo1VVMGmwaJBoCHUYQAvD_BwE&variant=14935161471022
https://www.efavormart.com/products/set-of-3-gold-chandelier-metal-cake-stands-square-cupcake-stands-dessert-display-
with-crystal-pendants?gclid=EAIaIQobChMIpbXPn_T16wIVhszICh0aHQMAEAEYASAEEgK6
sfD_BwE&variant=17122154709038
https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=CjwKCAjw-
5v7BRAmEiwAJ3DpuNg-pgX9dRF70BmXOfHE3zlxM3syTRBVxtX5ykaHzOJfTtxKhKJQ3hoC-xkQAvD_
BwE&variant=1202428903442
https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=CjwKCAjw-

5v7BRAmEiwAJ3DpuOE9ksHI-NJNCxWZih8YfwlYpX0zev6VvhS5GDVa2yWSDOa6mQ1iHxoCj1EQAvD_BwE&
variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=CjwKCAjw-
5v7BRAmEiwAJ3DpuHzS0HNNTyn0t4K36RsU37kZwWxPXWJ14ZF3oUXrZ7MTvFG5LQhY0hoC-swQAvD_BwE&
variant=1202428903442

https://www.efavormart.com/products/set-of-3-blush-rose-gold-square-metal-cake-stand-with-mirror-top?gclid=CjwKCAjw-
5v7BRAmEiwAJ3DpuPHIFUORsA-G9089oKuON8VMGFqJPf2lYF00tX5SfWyL8rk2KTToQxoCmpkQAvD_BwE&
variant=14935161471022

https://www.efavormart.com/products/set-of-3-blush-rose-gold-square-metal-cake-stand-with-mirror-top?gclid=CjwKCAjw-
5v7BRAmEiwAJ3DpuAT52-OQcMIQpD_VZwzFZI2VbB6i6quqhUwtMNBrdEck-vUieZ0zYhoC9AUQAvD_BwE&
variant=14935161471022

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=CjwKCAjw-
5v7BRAmEiwAJ3DpuJAbMnvA98I7qhV5-LxZl2w3FIlmbgywTSBsR3Woj3toGBG5rbQ-uRoCrzAQAvD_BwE&variant=
1202428903442

https://www.efavormart.com/products/set-of-3-gold-chandelier-metal-cake-stands-square-cupcake-stands-dessert-display-
with-crystal-pendants?gclid=CjwKCAjw-5v7BRAmEiwAJ3DpuGRpKn6zH8hEPs0lilFWOIY9lWTF6dARpaIV4UlwmUJiv
jf7mBdUARoC3UcQAvD_BwE&variant=17122154709038

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
Cj0KCQjwnqH7BRDdARIsACTSAdsryfybWgQ76wMREzHu_CiJmdg4g0jRW7-9PZrp_REpXllU-nctTCgaAhmFEALw_
wcB&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
Cj0KCQjwnqH7BRDdARIsACTSAdvO0XFu-VDK2Z75GujWo2yf_qv0TIWswVBR6aKXeHN70JDd_
zkxHSUaApGJEALw_wcB&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwwab7BRBAEiwAapqpTOn9KwAKuGymXmoFu_YQ0t5H3S6UQ4sDANu7R1Xf1Hhao_
0lTn36LxoCJ3IQAvD_BwE&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwwab7BRBAEiwAapqpTlkwzINN-YLPfzjhIpcLRk0qA0fypmZtnxzIJBi1hA1cvJLC-V5CFRoC6vsQAvD_BwE&
variant=1202428903442

https://www.efavormart.com/products/set-of-3-blush-rose-gold-square-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwwab7BRBAEiwAapqpTJ8gyMn_ztzbvEagd-rnFHnNfFdJAzv-5ZvEHA5810xRsAecTfCKXhoCjjUQAv
D_BwE&variant=14935161471022

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwwab7BRBAEiwAapqpTEXZXDzHzNJ33VCIU24BvFHbLI57AwIwBoCfnawH0u7i2XCuwMgxURoCXHYQAvD_
BwE&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwwab7BRBAEiwAapqpTF7CbT3ZPgQeoE526ockxR6WRKvv1hFkYuzU9WUgYFPMEo9IVqcqaBoCmiEQAvD_
BwE&variant=1202428903442

https://www.efavormart.com/products/set-of-3-blush-rose-gold-square-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwwab7BRBAEiwAapqpTK7irtbMjT7-zJXtUnK9gu71dScX7jfJ9gDh6bYEka1yj5tIdi3SwBoCcuEQAvD_BwE&
variant=14935161471022

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjw5Kv7BRBSEiwAXGDElYjPT0tyjp2Ch0WOLPZUPThwWNf8h9F29muksZKK_dmhL2lx788oSxoCRXkQAvD_
BwE&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?utm_medium=social&utm_
source=pinterest

https://www.efavormart.com/products/set-of-3-blush-rose-gold-square-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjw5Kv7BRBSEiwAXGDElbgXV-4M4IxMTxYFzaEsVBYkHbCpJldkN_8vKL6R9KEwBi0er1DCNxoCed8QAvD_
BwE&variant=14935161471022

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjw5Kv7BRBSEiwAXGDElShVDc9pKrUReSrH0U3u1e7dyTYeejx36E75Q6ljtZXrm7TyuCTGfRoCRSYQAvD_
BwE&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwh7H7BRBBEiwAPXjadjCsxY89DIWVJiZs8ES8qJJFKgbRFz0e8yVEjwfMrV4_VlyTyaqXexoCAflQAvD_
BwE&variant=14935161471022

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwh7H7BRBBEiwAPXjadIx13uxB6zf605wFcmKcWtcIuypRCp9N9r-RKglCwxogMNHRlCpQaBoCv8MQAvD_
BwE&variant=1202428903442

https://www.efavormart.com/products/set-of-3-blush-rose-gold-square-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwh7H7BRBBEiwAPXjadnCZTbYDrsJ8Ae50S--ZRxlPHG6AXq5uwGv1tOBR37pdUk2Hz
horGBoC1AcQAvD_BwE&variant=14935161471022

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwh7H7BRBBEiwAPXjadqCuB77xX4GXaerphK_mTM9ySK0dmxalFxFMjY4FM6GPt7D2K
ON4SxoC0coQAvD_BwE&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=

Cj0KCQjwqrb7BRDlARIsACwGad6DjsqcAjymz_xnWRHWEPJD6mKUhOYo-xar1uZT_
FSdPjaMRFH2iRAaAuwVEALw_wcB&variant=1202428903442

https://www.efavormart.com/products/set-of-3-blush-rose-gold-square-metal-cake-stand-with-mirror-top?gclid=
Cj0KCQjwqrb7BRDlARIsACwGad5OWDi6UXjeIT6H564FnOcEIrUnFGGdRgxj8TKiaWhksi157kFFk4oaAli2EALw_
wcB&variant=14935161471022

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
Cj0KCQjwqrb7BRDlARIsACwGad56_nr4XKmr7kfDW688bP_BixEiUGSojYm0wz4vRKL9jqTT267ve
jgaArswEALw_wcB&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
Cj0KCQjwqrb7BRDlARIsACwGad5fpOwxwK-62-LVq7a38GqADJhasG7IHSExGSuM89Or
aQf9ldR4YzMaAod3EALw_wcB&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
Cj0KCQjwzbv7BRDlARIsAM-A6-25tSO-ltDyYpi_jLlK4Wa0alsIIrnljyufG7iuf9Jg1-JTJD7KJfkaASiEALw_wcB&
variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjw2dD7BRASEiwAWCtCb24G7UScWEoj9lXehPYUvkxfNEqWKRQYeYhkYzAU0ZXCOzYcrKe3pxoCLCYQAvD_
BwE&variant=1202428903442

https://www.efavormart.com/products/set-of-3-blush-rose-gold-square-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjw2dD7BRASEiwAWCtCb5mHG3yG7Wr0VVCzFbMhhVPi2SgehshTkGl3h9doNJV9nwG7U16UHRoC2w4QAvD_
BwE&variant=14935161471022

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=CjwKCAjw_
NX7BRA1EiwA2dpg0oAB688Z4e3sJhGkKB7N_bOe5fRTZYCChP0J3V4CHhGzpBG0Q19
dXRoCRmwQAvD_BwE&variant=1202428903442

https://www.efavormart.com/products/set-of-3-blush-rose-gold-square-metal-cake-stand-with-mirror-top?gclid=CjwKCAjw_
NX7BRA1EiwA2dpg0iuwTTBOc4fiZ3J6eyOVjU7mLHaI-NqbZkH90BsM2ST1Atbc60ehQxoC5-gQAvD_BwE&variant=
14935161471022

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=CjwKCAjw_
NX7BRA1EiwA2dpg0qWXxEgrxMJFsY9UO_HdbaY6WubzLlx4a8VE56-MNIWiW9cVBBnCvhoCORYQAvD_BwE&
variant=1202428903442

https://www.efavormart.com/products/set-of-3-blush-rose-gold-square-metal-cake-stand-with-mirror-top?gclid=CjwKCAjw_
NX7BRA1EiwA2dpg0uVLmQqryLHm5506TOyQ17VNS8_ceYehOPRKExWdMFaIpJSu-
68fFBoCwZoQAvD_BwE&variant=14935161471022

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=CjwKCAjw_
NX7BRA1EiwA2dpg0glWB4S0hWoREhMKSXo2RsdYSlwCIc9jxzPto5NRSNHVKcw1v_1nwxoCXo0QAvD_BwE&
variant=1202428903442

https://www.efavormart.com/products/set-of-3-silver-round-metal-cake-stand-with-mirror-top?utm_medium=social&
utm_source=pinterest&variant=45146375570

https://www.efavormart.com/products/set-of-3-silver-round-metal-cake-stand-with-mirror-top

https://www.efavormart.com/products/set-of-3-silver-round-metal-cake-stand-with-mirror-top?utm_medium=social&
utm_source=pinterest

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
EAIaIQobChMIkY3cx5744AIVy2IBCh3YcgA8EAEYASABEgISk_D_BwE&utm_medium=Social&utm_source=
Pinterest&variant=1202428903442

https://www.efavormart.com/products/set-of-3-silver-round-metal-cake-stand-with-mirror-top#!

https://www.efavormart.com/products/set-of-3-silver-round-metal-cake-stand-with-mirror-top?isp_ref_pos=2&ref=
isp_rel_prd

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwn9v7BRBqEiwAbq1Ey6U25bgHAjLytUdLyhDu7cnhVj1dxuD8nPc0fUqEOQqUOhoHkSUtNxoCNo0QAvD_
BwE&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
Cj0KCQjwwuD7BRDBARIsAK_5YhWcUmLUjlQXNNsdi_o5fQcB45a_L8HGvQrvzQuc-B3zKwWpXuiH02UaAsh-
EALw_wcB&variant=1202428903442

https://www.efavormart.com/products/set-of-3-blush-rose-gold-square-metal-cake-stand-with-mirror-top?gclid=
Cj0KCQjwwuD7BRDBARIsAK_5YhW-f5IC8mPutOgLpecIdiNk37UKFBbY8j5LycQH-lm2dNYrr3ZQbzEaAuOIEALw_wcB&
variant=14935161471022

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
Cj0KCQjwwuD7BRDBARIsAK_5YhV22lENhCdHgXyQ3cKJ03D82beVmsk_-emkOGrx_
FL6CoL2rD0nvH0aAjSAEALw_wcB&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwq_D7BRADEiwAVMDdHvsUSMB47pjP4bnuEniEmUwx2OYKWnImCenBTAb3CQTEHq
Q51Kg4xBoCQ4QQAvD_BwE&variant=14935161471022

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top

https://www.efavormart.com/products/set-of-3-blush-rose-gold-square-metal-cake-stand-with-mirror-top?gclid=
CjwKCAjwzvX7BRAeEiwAsXExo9bdBQlhs5tTQvX2P9gUX5Q3hBko1Q-uI90y59iH9Kl3u_nDZniQXlRoCUZ8QAvD_BwE&
variant=14935161471022

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=CjwKCAjwzvX7BRAeEiwAsXExo0jAoL_oFF-Rj_GXLOV4GSs0FEGMG9PQ4azkWIfzfc4kJWta5h8xfBoCgEIQAvD_BwE&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=CjwKCAjwzvX7BRAeEiwAsXExoxIZT2B4rfRsgpSQNdCIw7KVx9XPbyHnPq_ALOtt3ybU-PEz-4NCnxoCqqMQAvD_BwE&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=CjwKCAjwzvX7BRAeEiwAsXExo0InbdXEEmYdP54QM8BVhDHFOMyJX80sWxqEITwHr40WUBuqX8RFIxoCSDMQAvD_BwE&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=Cj0KCQjw8fr7BRDSARIsAK0Qqr5zJLRfUxskoFq0c86WtysbXoMRcqqtV-7hfSCvdPj4cG5kkf_-16AaApaLEALw_wcB&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=Cj0KCQjw8fr7BRDSARIsAK0Qqr5xspaKHFX5Kjx-LpwGGlM4v9d5rG8NhMVJodb3L6VMPiz8ERL7i6caArBFEALw_wcB&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=Cj0KCQjw8fr7BRDSARIsAK0Qqr4ZibnLTlkXv1Vi4jHxaWpshezbXP5Vlef8BEDscnuaGQBIICaMMw8aAiMgEALw_wcB&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=Cj0KCQjw8fr7BRDSARIsAK0Qqr767Y2iyEocTP1Yopx46nDmxzUhvXVhbWaEWsfS3flmSfxK_V3FEF8aApU8EALw_wcB&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=Cj0KCQjw8fr7BRDSARIsAK0Qqr5DqxIII9M46vQNSUjyAme_rqSphqe8N-a3T7AlDiec3KZfS2mHNvgaAll8EALw_wcB&variant=1202428903442

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=Cj0KCQjw8fr7BRDSARIsAK0Qqr4tUrnauAUs2qJyJLyK_BwNO6nw7v-ZENy92Y7tDccdrum2gUUFl9saAkZvEALw_wcB&variant=1202428903442

https://www.efavormart.com/products/set-of-3-silver-round-metal-cake-stand-with-mirror-top?gclid=CjwKCAjw2uf2BRBpEiwA31VZj1drVQllYHZ2tHP_8BH3QfvWiMk8Hcupv3Atnjz7GYP_x0RW1DwN4hoC7CEQAvD_Bw&variant=45146375570

https://www.efavormart.com/products/set-of-3-gold-round-metal-cake-stand-with-mirror-top?gclid=CjwKCAjw-5v7BRAmEiwAJ3DpuAiAjmqcA-oGya08vaMPUMRVtPH2MJex3bfiPYCjS65l1zgVXxshKRoCRxUQAvD_BwE&variant=1202428903442

Opulent Treasures believes that the content in question is a counterfeit product imitating or passing off as a genuine product and infringing upon the following registered trademark rights:

https://document-res.ipr.pro8.redpoints.com/23b6ac40-0018-4bca-8de1-17128eb8c87d_3d_5912235_DisplayTable_20_US_OpulentTreasuresInc.pdf

As per our client's instructions, we request you to take down or disable the infringing content accordingly and in a timely fashion.

We swear, under penalty of perjury, that the information in this notification is accurate and that we are authorized to act on behalf of the owner whose exclusive rights have been allegedly infringed.

We thank you in advance for your cooperation and look forward to receiving written confirmation that you will comply with our request.

Sincerely,

Carolina Rosich

RED POINTS SOLUTIONS
Online Brand Protection Division
opulenttreasures-bp@redpoints.com
www.redpoints.com

This message and its attached files are confidential. It is intended solely for the addressee or addressees. If you are not the intended recipient, any use, treatment, disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and is unlawful. If you have received this message in error, please destroy it and notify info@redpoints.com. Thank you.

---

**mit817@yahoo.com** <mit817@yahoo.com>                          14 de octubre de 2020, 16:33
Para: opulenttreasures <opulenttreasures-bp@redpoints.com>

Hi,

The filing date of the trademark is Oct 18, 2018,  registration date of the design is Nov 19, 2019.

We've had this product since  2017-12-19, nearly 1 year before the filing.  In this case, the only infringement here is opulenttreasures has copied our product.


Rgds
Mitch

On Wednesday, October 14, 2020, 12:30:01 AM PDT, opulenttreasures <opulenttreasures-bp@redpoints.com> wrote:

Hi,

Thank you for your message.

Please be informed that Red Points only acts upon instructions of our client Opulent Treasures (https://www.opulenttreasures.com/) to act as their authorized agents to request the enforcement of their intellectual property rights against alleged online infringements worldwide, upon their previous notification and validation.

In this sense, kindly note that we are alleging a Counterfeit infringing as your products are copying our client's registered 3D trademark.
Find here our client's registered right: https://document-res.ipr.pro8.redpoints.com/23b6ac40-0018-4bca-8de1-17128eb8c87d_3d_5912235_DisplayTable_20_US_OpulentTreasuresInc.pdf

In that document, you will find a description of the registered 3D trademark.

Please take action accordingly.


We look forward to your response.

Regards.

**RED POINTS SOLUTIONS**
**Online Brand Protection Division**
opulenttreasures-bp@redpoints.com
www.redpoints.com

This message and its attached files are confidential. It is intended solely for the addressee or addressees. If you are not the intended recipient, any use, treatment, disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and is unlawful. If you have received this message in error, please destroy it and notify it to info@redpoints.com. Thank you.

[El texto citado está oculto]

---

**mit817@yahoo.com** <mit817@yahoo.com>                          15 de octubre de 2020, 12:49
Para: opulenttreasures <opulenttreasures-bp@redpoints.com>

Case 2:21-cv-00313-JRG Document 27-9 Filed 01/24/22 - Page 8 of 10 PageID #: 430

Here's a screen shot of a review by customer that was left well before the copyright was even applied.

## Set of 3 | Gold Round Metal Cake Stand With Mirror Top



$78.99

**Set of 3 | Gold Round Metal Cake Stand With Mirror Top**

Sale on premium quality Wedding and Party Cake Stands and Centerpiece Risers. Glam your Dessert Tables up with e...



On Thursday, October 15, 2020, 05:17:31 AM PDT, opulenttreasures <opulenttreasures-bp@redpoints.com> wrote:

Hi,

Thank you for your message.

Please be informed that Red Points only acts upon instructions of our client Opulent Treasures (https://www.opulenttreasures.com/) to act as their authorized agents to request the enforcement of their intellectual property rights against alleged online infringements worldwide, upon their previous notification and validation.

In this sense, we would like to ask you for official documentation, so we can verify the information provided in our last communication.

[El texto citado está oculto]
[El texto citado está oculto]

---

**mit817@yahoo.com** <mit817@yahoo.com>                                    19 de octubre de 2020, 15:23
Para: opulenttreasures <opulenttreasures-bp@redpoints.com>

Reviews by customer is available on the live website.  The item started selling far before the application of a copyright.   There will be no more need from us to provide further evidence.

Mitch

On Monday, October 19, 2020, 06:49:52 AM PDT, opulenttreasures <opulenttreasures-bp@redpoints.com> wrote:

Hi,

Thank you for your message.

Please be informed that Red Points only acts upon instructions of our client Opulent Treasures (https://www.opulenttreasures.com/) to act as their authorized agents to request the enforcement of their intellectual property rights against alleged online infringements worldwide, upon their previous notification and validation.

In this sense, kindly note that an image is not enough for us to verify the information you provided.

We look forward to your response.

Regards.

**RED POINTS SOLUTIONS**
**Online Brand Protection Division**
opulenttreasures-bp@redpoints.com
www.redpoints.com

This message and its attached files are confidential. It is intended solely for the addressee or addressees. If you are not the intended recipient, any use, treatment, disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and is unlawful. If you have received this message in error, please destroy it and notify to info@redpoints.com. Thank you.

-------------- Original Message --------------
**From:** opulenttreasures [opulenttreasures-bp@redpoints.com]
**Sent:** 16/10/2020 11:56
**To:** mit817@yahoo.com
**Subject:** Re: [R.WEB] Intellectual Property Infringement Notice - efavormart.com [ ref:_00D0YYcSO._5001n1UYzbi:ref ]

Hi,

Thank you for your message.

Please be informed that Red Points only acts upon instructions of our client Opulent Treasures (https://www.opulenttreasures.com/) to act as their authorized agents to request the enforcement of their intellectual property rights against alleged online infringements worldwide, upon their previous notification and validation.

We would like to know if you can provide us with a more official proof so we can escalate the issue and get this matter solved.

[El texto citado está oculto]

# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPULENT TREASURES, INC., <br><br>     Plaintiff, <br><br>  v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br>     Defendants | Case No.: 23-cv-14142 |

## DECLARATION OF CAROL WILSON

I, Carol Wilson, declare and state as follows:

1.    This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.    I am the CEO and founder of OPULENT TREASURES, INC. ("Plaintiff"). I am knowledgeable about or have access to business records concerning key aspects of Plaintiff's brand protection operation, including, but not limited to, patents, copyrights, trademarks, other intellectual property, sales, on-line sales, advertising, marketing, media coverage, and associated international operations relating to Plaintiff's products. I make this declaration from my matters within my own knowledge unless stated otherwise.

3.    I make this declaration in support of Plaintiff's *ex parte* motion for a temporary restraining order, and other relief.

1

4.    Plaintiff is a corporation incorporated under the laws of California with offices in El Segundo, CA. Currently, and from the foundation of the company in late 1995, Plaintiff specializes and has specialized in the development, designing, distributing and marketing of elegantly and uniquely crafted entertainment and home décor pieces. In particular, Plaintiff produces chandelier dessert stands, candelabras, and lamps. In creating these home décor products (the "OPULENT TREASURES Products"), Plaintiff's goal has been to add charm, elegance, and stunning beauty to each customer's special occasions and celebrations. The OPULENT TREASURES Products have become enormously popular, driven by Plaintiff's arduous quality standards and innovative design.

5.    Plaintiff owns the exclusive rights in the OPULENT TREASURES trademark, which is covered by U.S. Trademark Registration No. 4,381,949, and the OPULENT TREASURES Trade Dress Registrations, which are covered by U.S. Trademark Registration Nos. 4,729,340, 4,729,341, 4,733,374, and 5,912,235 (collectively, the "OPULENT TREASURES Trademarks"). The registrations are valid, subsisting, and in full force and effect. True and correct copies of the federal trademark registration certificates for the OPULENT TREASURES Trademarks are attached hereto as **Exhibit 1** and listed immediately below.

| US Trademark Registration No. | Description |
|---|---|
| 4,381,949 | OPULENT TREASURES (word mark) |
| 4,729,340 | Design mark  |

| US Trademark Registration No. | Description |
|---|---|
| 4,729,341 | Design mark  |
| 4,733,374 | Design mark  |
| 5,912,235 | Design mark  |

6. Plaintiff also owns the exclusive rights in the copyrights for the OPULENT TREASURES Products, including U.S. Copyright Office Registration Nos. VA 2-299-360, No. VA 2-299-364, No. VA 2-299-366, No. VA 2-298-980, No. VA 2-304-222, No. VA 2-308-419,

No. VA 2-309-157, and VA 2-315,469 (collectively, the "OPULENT TREASURES Copyrights").

The registrations are valid, subsisting, and in full force and effect. True and correct copies of the

OPULENT TREASURES Copyrights as shown in the United States Copyright Office's Copyright

Catalogue are attached as **Exhibit 2** hereto and listed immediately below.

| US Copyright Registration No. | Description |
|---|---|
| VA 2-298-980 | Round Cake Stand  |
| VA 2-299-364 | Chandelier Cupcake Stand or Candleholder with Crystals  |
| VA 2-304-222 | Set of 3 Square Chandelier Dessert Standard  |

4

| US Copyright Registration No. | Description |
|---|---|
| VA 2-299-360 | Chandelier Cake/Cupcake/Dessert Stand/ Candleholder  |
| VA 2-299-366 | 3-Tier Chandelier Dessert Stand with Crystals  |
| VA 2-308-419 | Round Cake Stand with Crystals  |

| US Copyright Registration No. | Description |
|---|---|
| VA 2-309-157 | Moroccan Jeweled Cake Stand  |
| VA 2-315-469 | Blossom Display Arrangement  |

7.     Plaintiff conceived, designed, invented, caused to subsist in material form and first published the original OPULENT TREASURES Products in August 2006. Shortly thereafter, Plaintiff began to commercialize the OPULENT TREASURES Products and immediately attracted substantial international media attention and success. At first serving specialty stores, boutiques, and event planners, Plaintiff has grown into a multi-million dollar business, shipping up to 40,000 pieces per month, with a sales revenue of approximately $3 million annually. Today, OPULENT TREASURES Products are sold across the globe via online sales channels, including e-commerce platforms such as Wayfair, Houzz, Amazon, and QVC, and through Plaintiff's own

website at www.opulenttreasures.com, as well as via large brick-and-mortar retailers, such as Home Goods, TJ Maxx, and Marshalls.

8.      Plaintiff has earned an international reputation for quality, reliability, and value and is credited for a high-quality and innovative product designs in relation to the OPULENT TREASURES Products with their unique and distinctive designs. Plaintiff has also earned an international reputation for its OPULENT TREASURES Products. Plaintiff is the official source of OPULENT TREASURES Products in the United States.

9.      In addition to their quality, reliability, and value, the OPULENT TREASURES Products are also known and sought after for their distinctive artwork and designs. These artwork and designs are broadly recognized by consumers as being sourced from Plaintiff. Products fashioned after these artwork and designs are associated with the quality and innovation that the public has come to expect from the OPULENT TREASURES Products. Plaintiff uses these original artwork and designs in connection with the OPULENT TREASURES Products, including, but not limited to, the OPULENT TREASURES Copyrights and the OPULENT TREASURES Trademarks.

10.      Since at least 1995, the OPULENT TREASURES Products are and have been the subject of substantial and continuous marketing and promotion by Plaintiff. Additionally, since at least 2004, the OPULENT TREASURES Trademarks are and have been the subject of substantial and continuous marketing and promotion by Plaintiff. Plaintiff has and continues to widely market and promote the OPULENT TREASURES Products in the industry and to consumers. Plaintiff's promotional efforts include—by way of example but not limitation—substantial print media, the OPULENT TREASURES web site and social media sites, and point of sale materials. Additionally, Plaintiff has received media coverage from several outlets, including Romantic

7

Homes, Buzzfeed, Prime Living, C Magazine, and Us Weekly, among other publications. Plaintiff's OPULENT TREASURES Products have also been featured on multiple television networks, including QVC, Bravo, Nickelodeon, HGTV, as well as on television programs such as the Today Show, The Real Housewives, Keeping up with the Kardashians, and Vanderpump Rules.

11.     Plaintiff has expended substantial time, money, and other resources in advertising and otherwise promoting the OPULENT TREASURES Products. The OPULENT TREASURES Products at issue in this dispute each embody the totality of at least one of the OPULENT TREASURES Copyrights and the OPULENT TREASURES Trademarks. As a result, products bearing and/or embodying any one of the OPULENT TREASURES Trademarks, and any one of the OPULENT TREASURES Copyrights (or alternatively, a substantial part of any of those registrations) are widely recognized and exclusively associated by consumers, the public, and the trade as being products sourced from Plaintiff.

12.     The success of the OPULENT TREASURES brand and products has resulted in significant counterfeiting. Consequently, Plaintiff has implemented an anti-counterfeiting program and is investigating suspicious websites and online marketplace listings identified in proactive Internet sweeps as part of that program.

13.     Plaintiff has identified numerous domain names linked to fully interactive websites and online marketplace platforms, such as Amazon.com, eBay.com, etsy.com, Walmart.com, and Wish.com.

14.     Through Plaintiff's investigation, we have learned of Defendants' sale of products on the fully interactive websites and online marketplace platforms that appear to be genuine OPULENT TREASURES Products, but which are actually inferior and unauthorized imitations of

the OPULENT TREASURES Products (the "Counterfeit Products"). Indeed, the Counterfeit Products are strikingly similar, or at the very least substantially similar to the OPULENT TREASURES Copyrights, and/or the OPULENT TREASURES Trademarks.

15. The Defendants' online marketplace pages on the interactive websites and online marketplace platforms, identified on Schedule A to the Complaint ("Defendant Internet Stores"), share unique identifiers, such as design elements and similarities of the Counterfeit Products offered for sale, establishing a logical relationship between them and suggesting that Defendants' illegal operations arise out of the same transaction, occurrence, or series of transactions or occurrences.

16. Despite Plaintiff's enforcement efforts online, Defendants have persisted in creating the Defendant Internet Stores and engaging in continued sales of the Counterfeit Products.

17. For example, to date, Plaintiff's investigation of Defendants reveals that Defendants are using the Defendant Internet Stores to sell Counterfeit Products from foreign countries such as China to consumers in the U.S. and elsewhere, including consumers in this Judicial District.

18. I have directly (or someone working under my direct supervision has) analyzed each of the Defendant Internet Stores and determined that Counterfeit OPULENT TREASURES Products are and/or were being offered for sale to the United States, including Illinois.

19. Through visual inspection of the products listed for sale on the websites, we confirmed:

    a. The Counterfeit Products are strikingly similar, or at the very least substantially similar to the OPULENT TREASURES Copyrights and/or bear the OPULENT TREASURES Trademarks;

    b. Each Defendant Internet Store is in English and accepts payment in U.S.

Dollars;

c.  We attempted to initiate the purchase process of a Counterfeit Product from each of the Defendant Internet Stores (and in some cases purchased those products), and each allows products to be shipped to this Judicial District.

20.  True and correct copies of screenshot printouts showing the active Defendant Internet Stores, as well as pages confirming the ability to order and ship Counterfeit Products to cities in this District, including without limitation Chicago and River Forest, are collectively attached as **Exhibit 3**.  More specifically, Exhibit 3 contains copies of the checkout pages for each Defendant Internet Store, reflecting the ability to order Counterfeit Products to this Judicial District, and proof of orders actually placed and accepted by numerous Defendants to the Northern District of Illinois.

21.  We also confirmed that Defendants' seller names (identified in Schedule A to the Complaint) are not associated with any legitimate registered business.  Moreover, most Defendants fail to disclose accurate and complete contact information on their fully interactive websites or online marketplace platforms.

22.  To be clear, Defendants and their websites do not conduct business with Plaintiff and do not have the right or authority to use the OPULENT TREASURES Trademarks or the OPULENT TREASURES Copyrights for any reason.

23.  On information and belief, defendants, like the Defendants in this case, regularly rely on and use the e-mail addresses that the Defendants provide to the online marketplace platforms and other third-party payment processors in order to communicate with the Defendant Internet Stores.  Thus, obtaining such e-mail addresses from these sources is often times the fastest and most direct way to get into contact with individuals and entities like the Defendants that are

engaged in the sale of counterfeit products.

24.     Upon information and belief, Defendants typically facilitate sales by designing the Defendant Internet Stores so that they appear to unknowing consumers to be authorized online retailers, outlet stores, or wholesalers, selling genuine OPULENT TREASURES Products. Many of the Defendant Internet Stores look sophisticated and accept payment in U.S. dollars via credit cards, Western Union, Amazon and PayPal.

25.     The Defendant Internet Stores often include images and design elements that make it very difficult for consumers to distinguish such counterfeit sites from an authorized website. Defendants further perpetuate the illusion of legitimacy by offering "live 24/7" customer service and using indicia of authenticity and security that consumers have come to associate with authorized retailers, including the McAfee® Security, VeriSign®, Visa®, MasterCard®, and PayPal® logos.

26.     Plaintiff has not licensed or authorized Defendants to use the OPULENT TREASURES Trademarks or the OPULENT TREASURES Copyrights, and none of the Defendants are authorized retailers of genuine OPULENT TREASURES Products.

27.     Upon information and belief, Defendants also typically deceive unknowing consumers by using the OPULENT TREASURES Trademarks and/or the OPULENT TREASURES Copyrights without authorization within the content of their web sites (including by advertising the Counterfeit OPULENT TREASURES Products, embodying the OPULENT TREASURES Copyrights and/or bearing the OPULENT TREASURES Trademarks) in order to attract various search engines crawling the Internet looking for websites relevant to consumer searches for OPULENT TREASURES Products. Additionally, Defendants typically use other unauthorized search engine optimization ("SEO") tactics and social media spamming so that the

Defendant Internet Stores listings show up at or near the top of relevant search results and misdirect consumers searching for genuine OPULENT TREASURES Products. Further, Defendants typically utilize similar illegitimate SEO tactics to propel new domain names to the top of search results after others are shut down.

28.     Upon information and belief, Defendants go to great lengths to conceal their identities and often use multiple fictitious names and addresses to register and operate their massive network of Defendant Internet Stores. For example, many of Defendants' names and physical addresses used to register the Defendant Internet Stores are incomplete, contain randomly typed letters, or fail to include cities or states. Other Defendant Internet Stores use privacy services that conceal the owners' identity and contact information. Defendants regularly create new websites and online marketplace accounts on various platforms using the identities listed in Schedule A to the Complaint, as well as other unknown fictitious names and addresses. Such Defendant Internet Store registration patterns are one of many common tactics used by the Defendants to conceal their identities, the full scope and interworking of their massive counterfeiting operation, and to avoid being shut down.

29.     Even though Defendants operate under multiple fictitious names, there are numerous similarities among the Defendant Internet Stores. For example, many of the Defendant websites have virtually identical layouts, even though different aliases were used to register the respective domain names. In addition, Counterfeit Products for sale in the Defendant Internet Stores bear similar irregularities and indicia of being counterfeit to one another, suggesting that the Counterfeit OPULENT TREASURES Products were manufactured by and come from a common source and that, upon information and belief, Defendants are interrelated.

30.     The Defendant Internet Stores also include other notable common features

including use of the same domain name registration patterns, unique shopping cart platforms, accepted payment methods, check-out methods, meta data, illegitimate SEO tactics, user-defined variables, domain redirection, lack of contact information, identically or similarly priced similar hosting services, similar name servers, and the use of the same text and images.

31.     In addition to operating under multiple fictitious names, Defendants in this case and defendants in other similar cases against online counterfeiters use a variety of other common tactics to evade enforcement efforts. For example, counterfeiters like Defendants will often register new domain names or online marketplace accounts under new aliases once they receive notice of a lawsuit. Counterfeiters also often move website hosting to rogue servers located outside the United States once notice of a lawsuit is received. Rogue servers are notorious for ignoring take down demands sent by brand owners. Counterfeiters also typically ship products in small quantities via international mail to minimize detection by U.S. Customs and Border Protection.

32.     Based on my experience in investigating counterfeit products, including the instant investigation, counterfeiters such as Defendants typically operate multiple credit card merchant accounts as well as Amazon and PayPal accounts behind layers of payment gateways so that they can continue operation in spite of Plaintiff's enforcement efforts. Further, Defendants typically maintain off-shore bank accounts and regularly move funds from their PayPal accounts to off-shore bank accounts outside the jurisdiction of this Court.

33.     Monetary damages alone cannot adequately compensate Plaintiff for ongoing infringement because monetary damages fail to address the loss of control of and damage to Plaintiff's reputation and goodwill. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage

caused to Plaintiff's reputation and goodwill by acts of infringement.

34. Plaintiff's goodwill and reputation are irreparably damaged when the OPULENT TREASURES Trademarks and/or the OPULENT TREASURES Copyrights are used in respect of goods not authorized, produced, or manufactured by Plaintiff. Moreover, consumer brand confidence is damaged, which can result in a loss of future sales and market share. The extent of harm to Plaintiff's reputation and goodwill and the possible diversion of customers due to loss in brand confidence are largely unquantifiable.

35. Plaintiff is further irreparably harmed by the unauthorized making, using, offering for sale, selling, or importing of goods that infringe the OPULENT TREASURES Trademarks and/or the OPULENT TREASURES Copyrights because counterfeiters take away Plaintiff's ability to control the nature and quality of products embodying or bearing the counterfeit OPULENT TREASURES Trademarks and/or the OPULENT TREASURES Copyrights. Loss of quality control over goods bearing the counterfeit OPULENT TREASURES Trademarks and/or the OPULENT TREASURES Copyrights and, in turn, loss of control over our reputation is neither calculable nor precisely compensable.

36. The sale of Counterfeit OPULENT TREASURES Products bearing and/or embodying the OPULENT TREASURES Trademarks and/or OPULENT TREASURES Copyrights also causes consumer confusion, which weakens Plaintiff's brand recognition and reputation. Consumers who mistakenly believe that the Counterfeit OPULENT TREASURES Products they have purchased originated from Plaintiff will come to believe that Plaintiff offers low-quality products. Inferior quality products will result in increased skepticism and hesitance in consumers presented with genuine OPULENT TREASURES Products, resulting in a loss or undermining of Plaintiff's reputation and goodwill.

37. Plaintiff is further irreparably damaged due to a loss of exclusivity. The OPULENT TREASURES Products are meant to be exclusive. Plaintiff's extensive marketing and distribution of OPULENT TREASURES Products as part of its various marketing activities are aimed at growing and sustaining sales of OPULENT TREASURES Products. The OPULENT TREASURES Trademarks and/or OPULENT TREASURES Copyrights signify to consumers that the OPULENT TREASURES Products originate from Plaintiff and are manufactured to high quality standards. When counterfeiters use the OPULENT TREASURES Trademarks and/or OPULENT TREASURES Copyrights on or in respect of goods without Plaintiff's authorization, the exclusivity of Plaintiff's products, as well as Plaintiff's reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

38. Plaintiff will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed on September 25th, 2023 in El Segundo, CA.

Carol Wilson

_____
Carol Wilson

# EXHIBIT 7

1  Marc A. Karish (State Bar No. 205440)
   Bruce G. Chapman (State Bar No. 164258)
2  KARISH & BJORGUM, PC
3  119 E. Union Street, Suite B
   Pasadena, CA 91103
4  Telephone: (213) 785-8070
5  Facsimile: (213) 995-5010
   Email: marc.karish@kb-ip.com
6
7  Attorneys for Plaintiff
   YA YA CREATIONS, INC.
8

9

10            UNITED STATES DISTRICT COURT

11           CENTRAL DISTRICT OF CALIFORNIA

12

13 | YA YA CREATIONS, INC., a        | Case No. 2:22-cv-6137
14 | California Corporation,          |
                                     | **COMPLAINT FOR:**
15 |          Plaintiff,             |
                                     | **1. Declaratory Relief (28 U.S.C.**
16 |      v.                         | **§2201);**
17 | OPULENT TREASURES, INC., a      | **2. Violation of 18 U.S.C. §512(f);**
   | California Corporation; and DOES 1 to |
18 | 10, inclusive,                  | **3. Violation of California's Unfair**
                                     | **Competition Law (Cal. Bus. & Prof.**
19 |          Defendants.            | **Code §§ 17200, et seq.);**
20
                                     | **4. Intentional Interference with**
21                                   | **Prospective Economic Advantage**
22
                                     | **DEMAND FOR JURY TRIAL**
23

24

25

26

27

28

                          1

## **JURISDICTION AND VENUE**

5.      This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1338, and 2201(a).

6.      This court has jurisdiction over Plaintiff's remaining state law claims under 28 U.S.C. § 1367.

7.      This Court has personal jurisdiction over Opulent, because Opulent is a California corporation with a principal place of business in this district.

8.      Venue is proper in this District under 28 U.S.C. §§ 1391(b)-(c) because Opulent resides in this District, is subject to personal jurisdiction in this District, and, upon information and belief, a substantial portion of the events giving rise to Plaintiffs' claims occurred in this District.

9.      As described in more detail below, an immediate, real, and justiciable controversy exists between Opulent and Ya Ya as to whether certain dessert stands sold by Ya Ya infringe U.S. Copyright Registration Nos. VA 2-298-980, VA 2-299-360, VA 2-299-364, VA 2-299-366, VA 2-304-222, and VA 2-308-419, and whether U.S. Copyright Registration Nos. VA 2-298-980, VA 2-299-360, VA 2-299-364, VA 2-299-366, VA 2-304-222, and VA 2-308-419 are invalid. Because this action presents an actual controversy with respect to the noninfringement and invalidity of U.S. Copyright Registration Nos. VA 2-298-980, VA 2-299-360, VA 2-299-364, VA 2-299-366, VA 2-304-222, and VA 2-308-419, the Court may grant the declaratory relief sought under 28 U.S.C. §§ 2201-2202.

## **BACKGROUND**

10.      Ya Ya is an online seller of various home and event décor products, among which are certain cake stands. Ya Ya sells its products through its websites: www.efavormart.com, www.tableclothsfactory.com, www.ehomart.com, and www.silkflowersfactory.com as well as through third party on-line retailers such as Amazon.

11.     Opulent is a seller of various home décor products, among which products are certain cake stands.

12.     Ya Ya is informed and believes that Opulent applied to the United States Copyright Office seeking registration of the overall shapes of several of its functional cake stand products as "sculpture" and that those applications matured into U.S. Copyright Registration Nos. VA 2-298-980, VA 2-299-360, VA 2-299-364, VA 2-299-366, VA 2-304-222, and VA 2-308-419.

13.     Ya Ya and Opulent are currently engaged in trademark litigation in this district in the matter of Opulent Treasures, Inc. v. Ya Ya Creations, Inc., Case No. 2:22-cv-0216-SSS-JC ("the trademark litigation").

14.     On August 1, 2022, Ya Ya and Opulent attended a formal mediation of the trademark litigation.  The mediation did not result in settlement.

15.     Shortly after the mediation ended, on August 2, 2022, Opulent sent Ya Ya a draft amended complaint asserting that Ya Ya infringed U.S. Copyright Registration Nos. VA 2-298-980, VA 2-299-360, VA 2-299-364, VA 2-299-366, VA 2-304-222, and VA 2-308-419.  The Ya Ya and Opulent met and conferred regarding a motion to amend the complaint in the trademark litigation on August 5, 2022.  In that meet and confer, Opulent's counsel further stated an intent to pursue the copyright infringement claims again Ya Ya.

16.     Despite Opulent's stated intent to pursue copyright claims against Ya Ya in the trademark litigation, no motion to amend has been filed in that matter.

17.     On information and belief, instead of pursuing the copyright claims in litigation, Opulent began to assert those claims against Ya Ya directly with third-party on-line retailers such as Amazon.

18.     On August 17, 2022, Plaintiff received correspondence from Amazon stating that Defendant had sent a takedown notice under the provisions of the DMCA, asserting copyright protection with a citation to the trademark litigation

52.     But for the conduct of Defendants, Plaintiff's economic relationship with its online vendors, distributors, resellers, and retailers would have resulted in economic benefits to Plaintiff.

53.     As a result of the aforementioned conduct, Plaintiff suffered damages in an amount to be proved at trial, but which includes at a minimum the loss of customers, potential sales, and good will.

54.     The aforementioned conduct was despicable, wanton, oppressive, malicious, duplicitous, and performed with willful and conscious disregard of Plaintiff's rights and with the intent to disrupt Plaintiff's operations and deprive Plaintiff of its rights. Accordingly, Plaintiff is entitled to an award of punitive damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for a judgment as follows:

1. For a Declaration that each of U.S. Copyright Registration Nos. VA 2-298-980, VA 2-299-360, VA 2-299-364, VA 2-299-366, VA 2-304-222, and VA 2-308-419 be declared invalid.

2. For a Declaration that each of U.S. Copyright Registration Nos. VA 2-298-980, VA 2-299-360, VA 2-299-364, VA 2-299-366, VA 2-304-222, and VA 2-308-419 be declared non-infringed by Plaintiff's products.

3. For damages from lost sales in an amount that has yet to be ascertained;

4. For damages from the loss of business reputation and good will in an amount that has yet to be ascertained;

5. For punitive damages;

6. For disgorgement of all profits wrongfully obtained by Defendants as a result of the conduct complained of herein;

7. For pre- and post-judgment interest as permitted by law and otherwise;

COMPLAINT

8. For costs and attorney fees as permitted by law and otherwise (including under 17 U.S.C. § 512(f)); and

9. For any such other relief as the Court deems just and proper.

Respectfully submitted,

Dated:   August 29, 2022            KARISH & BJORGUM, PC


By:      /s/  Marc A. Karish
                Marc A. Karish

Attorneys for Plaintiff
YA YA CREATIONS, INC.

12

COMPLAINT

## **REQUEST FOR JURY TRIAL**

Pursuant to Fed.R.Civ.P. 38(b), Plaintiff Ya Ya Creations, Inc. hereby request a trial by jury of all issues raised by the Complaint which are properly triable to a jury.


Respectfully submitted,

Dated:   August 29, 2022          KARISH & BJORGUM, PC


By:    _/s/  Marc A. Karish_
                    Marc A. Karish

Attorneys for Plaintiff
YA YA CREATIONS, INC.

COMPLAINT

# EXHIBIT 8

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BOIES SCHILLER FLEXNER LLP**
John J. Kucera (State Bar No. 274184)
*jkucera@bsfllp.com*
Joshua Y. Quaye (State Bar No. 325480)
*jquaye@bsfllp.com*
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

*Attorneys for Defendant*
*Opulent Treasures, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YA YA CREATIONS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OPULENT TREASURES, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-06137<br><br>**OPULENT TREASURES, INC. ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT** |

9.     Paragraph 9 of the Complaint contains legal conclusions, arguments, and characterizations to which no response is required; to the extent the allegations of said Paragraph 9 are deemed to be allegations of fact, Opulent denies the allegations therein.

### **BACKGROUND**

10.     Opulent lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 10 of the Complaint, and on that basis denies those allegations.

11.     Admitted.

12.     Opulent admits that it applied for and obtained U.S. Copyright Registration Nos. VA 2-298-980, VA 2-299-360, VA 2-299-364, VA 2-299-366, VA 2-304-222, and VA 2-308-419 referenced in the allegations in Paragraph 12. Except as expressly admitted, the allegations in Paragraph 12 of are denied.

13.     Denied as worded. Answering further, Opulent admits that Plaintiff and Opulent are engaged in trademark litigation in this district in the matter of Case No. 2:22-cv-02616-SSS-JC.

14.     Opulent lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 14 of the Complaint, and on that basis denies those allegations. To the extent that the allegations of Paragraph 14 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Opulent denies the allegations to the extent that they are inconsistent with that document.

15.     Opulent lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 15 of the Complaint, and on that basis denies those allegations. To the extent that the allegations of Paragraph 15 seek to paraphrase or characterize the contents of a written document, the document speaks for itself and Opulent denies the allegations to the extent that they are inconsistent with that document.

## **SEVENTEENTH AFFIRMATIVE DEFENSE**

### **(Reservation of Rights)**

All possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of the Opulent's Answer and, therefore, Opulent reserves its right to amend its Answer to allege additional affirmative defenses if subsequent investigation warrants.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant Opulent Treasures, Inc. prays that the Court determine and adjudge that:

1)    The Complaint be dismissed with prejudice;

2)    Judgment be entered in favor of Opulent and against Plaintiff on all claims in the Complaint herein;

3)    Plaintiff take nothing by the Complaint;

4)    Opulent be awarded their costs, disbursements, attorneys' fees, and expenses incurred herein; and

5)    Opulent be awarded such other and further relief as the Court deems proper.

/ / /

/ / /

/ / /

1

## **DEMAND FOR JURY TRIAL**

2

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant

3

Opulent Treasures, Inc. hereby demands a trial by jury as to all claims in this

4

litigation.

5

Dated: August 23, 2023 **BOIES SCHILLER FLEXNER LLP**

6

7

By:   */s/ John J. Kucera*

John J. Kucera (SBN 274184)

8

*jkucera@bsfllp.com*

Joshua Y. Quaye (SBN 325480)

9

*jquaye@bsfllp.com*

10

725 S Figueroa Street, 31st Floor

Los Angeles, CA 90017

11

Telephone: (213) 629-9040

12

Facsimile: (213) 629-9022

13

*Attorneys for Defendant*

14

*Opulent Treasures, Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OPULENT TREASURES, INC. ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

# EXHIBIT 9

# Karish & Bjorgum PC

119 E Union St Ste B
Pasadena, CA 91103
+1 2137858070
Accounting@kb-ip.com

## INVOICE

| BILL TO | | | |
|---|---|---|---|
| Ya Ya Creations | | INVOICE | 7491 |
| Attn Mitch Su | | DATE | 12/01/2023 |
| Re: Opulent Treasures v. Ya Ya Creations -- ND Ill Case | | TERMS | Due on receipt |
| 13155 Railroad Ave. | | DUE DATE | 12/01/2023 |
| City of Industry, Ca 91746 | | | |

MATTER #
01838 15336 23

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | ====== Services | | | |
| 11/03/2023 | MK Call with M Su re ▮▮▮▮▮▮; research Illinois case and review pleadings; calls with B. Chapman re: strategy. Emails with Sheppard re: strategy. Legal research re: remedies for later filed proceeding in different juri diction | 2 50 | 425 00 | 1,062 50 |
| 11/06/2023 | MK: Review and revise draft declarations in support of motion to modify TRO Corre pondence with Sheppard, Mullin and client. | 1.80 | 425.00 | 765.00 |
| 11/08/2023 | MK Email with M Su and Stripe ▮▮▮▮▮ Legal research re damages for wrongful filed lawsuit and injunction. | 0 90 | 425 00 | 382 50 |
| 11/09/2023 | MK: Check status of dismissal; email to Opulent's counsel re: continued damage from wrongfully obtained TRO. Emails with J. Pietrini and client re: ▮▮▮▮▮▮. | 1.20 | 425.00 | 510.00 |
| 11/10/2023 | MK: Review declarations from Sheppard. Email to Sheppard re: same. | 0.20 | 425.00 | 85.00 |
| 11/14/2023 | MK: Review email from J. Pietrini re: strategy re Chicago case and obtaining damages; email in response. | 0.30 | 425.00 | 127.50 |
| 11/27/2023 | MK: Review Opulent's opposition to motion for reimbursement. | 0.20 | 425.00 | 85.00 |
| 11/28/2023 | MK: Review email from J. Pietrini re motion for reimbursement and send response. Review Illinois case filings and declaration from Shin and Wil on | 1 | 425.00 | 425.00 |
| 11/30/2023 | MK: Emails with Sheppard re: motion for fees and costs. Find document to upport C Wil on knowledge of efavormart and tableclothsfactory prior to Illinois lawsuit. Email to Opulent's counsel re ▮▮▮▮▮ | 0.60 | 425.00 | 255.00 |

Subtotal: 3,697.50

BALANCE DUE $3,697.50