IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPULENT TREASURES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 23-cv-14142 |

## DECLARATION OF JILL M. PIETRINI IDENTIFYING ATTORNEYS' FEES FOR REIMBURSEMENT TO DEFENDANT YA YA CREATIONS, INC.

I, Jill M. Pietrini, declare as follows:

1. I am a partner with the firm of Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin"), counsel for Defendant Ya Ya Creations, Inc. ("Ya Ya") in this case. The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto. I submit this declaration in support of Ya Ya's request for reimbursement of its attorneys' fees from Plaintiff Opulent Treasures, Inc. ("Opulent") as a result of the secret temporary restraining order ("TRO") obtained by Opulent.

2. The billing rates that Sheppard Mullin is charging Ya Ya are discounted rates at $1,120 per hour for me, $1,075 per hour for partner Bradley Graveline, $740 per hour for special counsel James Wald, and $565 per hour for junior associate Ram Reddy. Mr. Graveline is in our Chicago office, and I, Mr. Reddy, and Mr. Wald are in our Century City (Los Angeles) office. The rates are comparable to the rates charged by attorneys of similar skill, reputation, and experience in the community and in the Northern District of Illinois. I have represented clients with respect to

-1-

claims where my clients have sought the recovery of attorneys' fees under statutory provisions and/or contractual provisions, throughout my career. I am familiar with the billing rates charged by law firms in generally, including law firms in the Northern District of Illinois. I am particularly familiar with the hourly rates charged by counsel specializing in representing clients in intellectual property disputes such as present in this case. In addition, I have made numerous fee applications in other cases where I have served as counsel and have reviewed fee surveys that provide information regarding the rates charged by other law firms. As a result, I have personal knowledge of the hourly rates customarily charged by attorneys with experience and expertise in matters such as this. The hourly rates charged for my services and for the services of the other counsel listed above are well within the median rates charged by other attorneys of similar skill and experience in the representation of clients in high-profile matters such as this, and thus I believe are reasonable.

3. As a partner at Sheppard Mullin, I am also privy to confidential databases and market surveys that Sheppard Mullin subscribes to in order to evaluate firm metrics against metrics from competitors in the markets where Sheppard Mullin does business. These databases and market surveys include Thomson Reuters' "Peer Monitor." Peer Monitor is a confidential, subscription-based benchmarking program that provides its subscribers with various metrics about private law firms in U.S. markets, as well as globally. Peer Monitor's information is based on data submitted by more than 200 participating private law firms. Among other metrics, Peer Monitor provides its subscribers with information about the average standard rates charged by participating firms for partners and associates of varying years of experience. This data can be analyzed by practice group and geography.

4. Sheppard Mullin is an international law firm with more than 1,100 attorneys across 16 offices located throughout California and in Chicago, Dallas, Houston, New York, Washington, D.C., Brussels, London, Seoul, and Shanghai. In The American Lawyer's ranking of the 200 highest-grossing law firms in the United States, Sheppard Mullin is ranked in the top 100, qualifying it as an "AmLaw 100" firm. Based on my review of Peer Monitor's data about the average standard rates for participating AmLaw 100 firms for partners and associates, I detail the

average standard 2023 rates for AmLaw 100 firms in the in the Chicago, Illinois market for litigation timekeepers in the table below. Those rates are comparable to Sheppard Mullin's hourly rates for the timekeepers listed above:

| Timekeeper | Financial Insights Classification | AmLaw 100 Average Rate |
|---|---|---|
| Jill Pietrini | Equity Partner 35 - 39 Years of Experience | $1,119 |
| Bradley Graveline | Equity Partner 30 - 34 Years of Experience | $1,082 |
| James Wald | Of Counsel | $956 |
| Ram Reddy | Associate 1st Year | $544 |

5. Attached as **Exhibit 10** is a true and correct copy of the itemized and redacted invoice identifying the attorneys' fees and costs, to date, that Ya Ya incurred defending this case and getting its improperly frozen accounts reinstated. The total fees and costs incurred through December 1, 2023 are $ 139,339.59. We have incurred additional fees for work done from December 2 to December 4, which we estimate to be $4,604.50, collectively, for James Wald (2.2 hours), Ram Reddy (1.7 hours), and myself (1.8 hours).

6. The fees are substantial because we had to work around the clock over a weekend on an emergency motion in an attempt to get the freeze lifted on Ya Ya's accounts with Stripe and Shopify for its www.efavormart.com and www.tableclothsfactory.com websites, which was causing a substantial detrimental impact to Ya Ya's business. We did not have access to the TRO because it was filed under seal. Therefore, Ram Reddy and James Wald had to conduct significant research to understand the basis for the TRO in Northern District of Illinois and the basis to dissolve an improperly granted TRO. They worked around the clock to write the motion to dissolve the ex parte, the accompanying memorandum of law, and the declarations of the client and co-counsel Marc Karish and review and comply with the local rules of this Court. Once Opulent's counsel voluntarily dismissed Ya Ya's websites from this case, which did not unfreeze Ya Ya's accounts, we had research and write a new motion for a claryfying order and

reimbursement. We also had to research the standards for reimbursement and sanctions in this District. This was while were trying to coordinate efforts with Stripe and Spotify to release the freeze on Ya Ya's accounts.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct. Executed in Los Angeles, California on this 4th day of December, 2023.

/s/ Jill M. Pietrini
Jill M. Pietrini

SMRH:4866-2715-7396

# EXHIBIT 10



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

*Remittance Copy*
*Please return this page with your payment.*

Scott McCurdy
CFO
Ya Ya Creations, Inc.
13155 Railroad Ave.
City of Industry, CA 91746

SMRH Tax ID 95-1463164
December 4, 2023
Invoice 250153995

Our Matter No.: 73HF-368673
Ya Ya Creations, Inc. adv. Opulent Treasures, Inc.
Billing Atty: Jill M. Pietrini

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 1, 2023

| | |
|---|---|
| Current Fees | $ 137,496.50 |
| Current Disbursements | $ 1,843.09 |
| Total Current Activity | $ 139,339.59 |
| Total Due For This Matter | $ 139,339.59 |

**DUE IMMEDIATELY UPON RECEIPT**
Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:  Account No.: 496-8375493<br>Wells Fargo Bank, NA  ACH ABA No.: 121000248<br>420 Montgomery St  Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298  Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

Scott McCurdy  
CFO  
Ya Ya Creations, Inc.  
13155 Railroad Ave.  
City of Industry, CA 91746  

SMRH Tax ID 95-1463164  
December 4, 2023  
Invoice 250153995  

Our Matter No.    73HF-368673  
                   Ya Ya Creations, Inc. adv. Opulent Treasures, Inc.  
Billing Atty:    Jill M. Pietrini  

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH DECEMBER 1, 2023

| | |
|---|---:|
| Current Fees | $ 137,496.50 |
| Current Disbursements | $ 1,843.09 |
| Total Current Activity | $ 139,339.59 |
| Total Due For This Matter | $ 139,339.59 |

**DUE IMMEDIATELY UPON RECEIPT**

Inquiries: armbx@sheppardmullin.com or contact 213-455-7771

| Electronic Payments | Payment by Check | Overnight Mail Delivery |
|---|---|---|
| Account Name: Sheppard Mullin Richter & Hampton LLP<br>Beneficiary Bank:    Account No.: 496-8375493<br>Wells Fargo Bank, NA    ACH ABA No.: 121000248<br>420 Montgomery St    Wire ABA No.: 121000248<br>San Francisco, CA 94104-1298    Swift Identifier: WFBIUS6S | Sheppard Mullin Richter & Hampton LLP<br>PO Box 840728<br>Los Angeles, CA 90084-0728 | Sheppard Mullin Richter & Hampton LLP<br>Wells Fargo Bank Lockbox Services<br>Lockbox 840728<br>3440 Flair Drive<br>El Monte, CA 91731-2823 |


Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

73HF-368673  Ya Ya Creations, Inc. adv. Opulent Treasures, Inc.  
Jill M. Pietrini

December 4, 2023  
Invoice 250153995  
Page 2 of 9

FOR PROFESSIONAL SERVICES THROUGH 12/01/23

### **FEE DETAIL**

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 11/03/23 | Review complaint filed in Illinois and Temporary Restraining Order issued; review Federal Rules of Civil Procedure 65; correspondence with Marc Karish and YaYa team re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; confer with James Wald and Ram Reddy re actions needed and motion to prepare; correspondence with YaYa Creations re ▮▮▮▮▮. | 002797 | 2.80 hrs. |
| 11/03/23 | Prepare motion to vacate or modify temporary restraining order; communications and analysis further to same. | 003393 | 8.70 hrs. |
| 11/03/23 | Research the standard to obtain an urgent dissolution of TRO in ND Illinois. | 004312 | 5.30 hrs. |
| 11/03/23 | Research and retrieve docket in the Opulent Treasures v. Individuals Defendants. | 008447 | .10 hrs. |
| 11/04/23 | Prepare memorandum in support of motion to vacate or modify temporary restraining order; research, analysis, and strategize further to same. | 003393 | 13.30 hrs. |
| 11/04/23 | Continue researching the standard to obtain an urgent dissolution of TRO in ND Illinois. | 004312 | 5.40 hrs. |
| 11/05/23 | Prepare motion to dissolve ex parte TRO. | 002902 | .30 hrs. |
| 11/05/23 | Continue preparing memorandum in support of motion to vacate or modify temporary restraining order; research, analysis, and strategize further to same; prepare declarations of Mr. Su and Ms. Pietrini; prepare proposed order further to same. | 003393 | 13.20 hrs. |
| 11/05/23 | Continue researching the standard to dissolve TRO in ND Illinois. | 004312 | 8.30 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

73HF-368673  Ya Ya Creations, Inc. adv. Opulent Treasures, Inc.     December 4, 2023
Jill M. Pietrini     Invoice 250153995
Page 3 of 9

# FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 11/06/23 | Review various emails re research on motion to dissolve and bond posted; review summary of Illinois judge's rules; review relevant local rules re motions; review summary of research prepared by Ram Reddy; confer with James Wald re same; revise declarations of Mitch Su and Jill Pietrini in support of motion to dissolve Temporary Restraining Order; revise motion to dissolve and proposed order thereon; revise brief in support of motion; multiple correspondences with Marc Karish and Mitch Su re [REDACTED]; confer with Brad Graveline re motion; review prior declaration of Mitch Su in California case; revise correspondence to opposing counsel re motion to dissolve; revise pro hac application for Pietrini; review defendant Markioct's motion to set brief schedule on its motion to dissolve Temporary Restraining Order; correspondence with opposing counsel re dismissal of case against YaYa; review notice of dismissal; correspondence with Marc Karish and Brad Graveline re [REDACTED]. | 002797 | 11.30 hrs. |
| 11/06/23 | Prepare pro hac vice papers; revise motion to dissolve ex parte TRO; review cases re ex parte seizures; prepared appearance for case; review notice of voluntary dismissal of Ya Ya websites. | 002902 | 1.40 hrs. |
| 11/06/23 | Communications and strategize re motion to vacate or modify temporary restraining order; research, analysis, and attention further to same; attention to issues concerning [REDACTED] and reimbursement issues; attention to case status. | 003393 | 3.10 hrs. |
| 11/06/23 | Continue researching cases to dissolve TROs. | 004312 | 2.20 hrs. |
| 11/06/23 | Obtain copies of cases for motion to dissolve. | 008349 | .20 hrs. |
| 11/07/23 | Review Opulent's position paper re sealed documents. | 002902 | .20 hrs. |
| 11/07/23 | Research [REDACTED] opposing counsel and adversary for improper TRO that hurt client's business. | 004312 | 3.00 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

73HF-368673  Ya Ya Creations, Inc. adv. Opulent Treasures, Inc.
Jill M. Pietrini

December 4, 2023
Invoice 250153995
Page 4 of 9

# FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 11/08/23 | Continue researching ▇▇▇▇▇ against opposing counsel and adversary for improper TRO that hurt client's business. | 004312 | .10 hrs. |
| 11/09/23 | Revise memorandum from Ram Reddy re ▇▇▇▇ motion; review responses from Shopify; correspondence with Ya Ya team and Mark Karish re ▇▇ and information needed; review timeline with Shopify; confer with Brad Graveline re ▇▇; confer with James Wald re revisions to motion needed; confer with Ram Reddy re ▇▇▇ motion. | 002797 | 2.30 hrs. |
| 11/09/23 | Revise motion to dissolve TRO issued ex parte; reviewed case law re sanctions; multiple communications with team re ▇▇. | 002902 | 1.10 hrs. |
| 11/09/23 | Prepare motion to vacate TRO, memorandum of points and authorities, declarations, and proposed order; research, analysis, communications, and follow up re same. | 003393 | 8.20 hrs. |
| 11/09/23 | Revise and research motion for court to order the unfreezing of Ya Ya's Shopify and Stripe accounts. | 004312 | 4.30 hrs. |
| 11/10/23 | Correspondence with Ya Ya team re ▇▇▇▇▇▇▇▇▇▇▇; revise motion to dissolve, proposed order, and brief in support thereof; confer with Brad Graveline and Ram Reddy re ▇▇; revise motion to seal Su declaration; correspondence with opposing counsel re motion to dissolve; confer with Brad Graveline re ▇▇. | 002797 | 3.30 hrs. |
| 11/10/23 | Revise motion to dissolve ex parte TRO and supporting declarations; prepare motion for leave to file declaration of Mitch Su under seal; filed same. | 002902 | 3.70 hrs. |
| 11/10/23 | Continue revising motion to vacate TRO, memorandum of points and authorities, declarations, and proposed order; research, analysis, communications, and follow up re same. | 003393 | 8.70 hrs. |
| 11/10/23 | Continue drafting motion to unfreeze accounts for Ya Ya's business. | 004312 | 1.50 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

73HF-368673  Ya Ya Creations, Inc. adv. Opulent Treasures, Inc.
Jill M. Pietrini

December 4, 2023
Invoice 250153995
Page 5 of 9

## **FEE DETAIL**

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 11/11/23 | Communications with team regarding motion to dissolve TRO. | 002902 | .10 hrs. |
| 11/11/23 | Research and analysis concerning motion for clarifying order and release of bank funds; follow up further to same. | 003393 | 2.30 hrs. |
| 11/11/23 | Research ways to have Shopify and Stripe unfreeze accounts. | 004312 | .20 hrs. |
| 11/13/23 | Review correspondence with Stripe re reinstatement of accounts; correspondence with opposing counsel; review order setting briefing schedule; correspondence with Ya Ya team re [REDACTED]; confer with Brad Graveline, Ram Reddy, and James Wald re next steps. | 002797 | 1.00 hrs. |
| 11/13/23 | Reviewed minute entry and emails with team re same. | 002902 | .20 hrs. |
| 11/13/23 | Draft motion to update court about unfrozen accounts and seek reimbursement for costs resulting from TRO. | 004312 | .80 hrs. |
| 11/13/23 | Research and retrieve case documents as requested by Jill Pietrini. | 008324 | .20 hrs. |
| 11/14/23 | Revised and edited status update for court. | 002902 | .40 hrs. |
| 11/14/23 | Prepare update re briefing schedule and request for reimbursement; communications, analysis, and strategize further to same. | 003393 | 4.80 hrs. |
| 11/14/23 | Continue drafting motion to update court about unfrozen accounts and seeking reimbursement for costs resulting from TRO. | 004312 | 1.70 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

73HF-368673  Ya Ya Creations, Inc. adv. Opulent Treasures, Inc.
Jill M. Pietrini

December 4, 2023
Invoice 250153995
Page 6 of 9

## **FEE DETAIL**

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 11/15/23 | Review orders re plaintiff's motion for preliminary injunction and briefing schedule therefor; review order denying plaintiff Marc Karish's request to challenge Temporary Restraining Order as moot; correspondence with Marc Karish and Ya Ya team re ▇▇▇; correspondence with Marc Karish re production of sealed documents by plaintiff; revise update to Court re motion to dissolve and for reimbursement; correspondence with Marc Karish and Ya Ya team re ▇▇▇. | 002797 | 2.40 hrs. |
| 11/15/23 | Review and circulate sealed files. | 002902 | .60 hrs. |
| 11/15/23 | Communications and preparation of pro hac vice application; continue updating briefing schedule and request for reimbursement; communications, analysis, and strategize further to same. | 003393 | 3.80 hrs. |
| 11/16/23 | Revise Supplemental Declaration of Mitch Su in support of Update to Court re Temporary Restraining Order; correspondence with Mitch Su re ▇▇▇; further revisions to Update to Court re Temporary Restraining Order; confer with Brad Graveline and Ram Reddy re ▇▇▇; correspondence with Scott McCurdy and Mitch Su re ▇▇▇▇▇▇▇▇▇▇. | 002797 | 1.70 hrs. |
| 11/16/23 | Prepared and filed status update for court, Supplemental Su Declaration and Motion for leave to file Su Declaration under seal. | 002902 | 1.20 hrs. |
| 11/16/23 | Prepare update re briefing schedule and request for reimbursement; communications, analysis, and strategize further to same; finalize Update Concerning Request for Reimbursement Due to Illegitimate Ex Parte Motion for Temporary Restraining; follow up and communications further to same. | 003393 | 4.80 hrs. |
| 11/16/23 | Revise update to Court re reimbursement to Ya Ya for improperly issued TRO. | 004312 | .80 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

73HF-368673  Ya Ya Creations, Inc. adv. Opulent Treasures, Inc.     December 4, 2023
Jill M. Pietrini     Invoice 250153995

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 11/17/23 | Review order re motion to dissolve and update re same and request for reimbursement; correspondence with Ya Ya team re ▇. | 002797 | .40 hrs. |
| 11/17/23 | Finalize and file pro hac vice application; attention to case status; communications further to same. | 003393 | 1.20 hrs. |
| 11/21/23 | Reviewed dismissals and circulated same. | 002902 | .10 hrs. |
| 11/27/23 | Review plaintiff's opposition to motion for reimbursement and supporting declaration; review plaintiff's notice of compliance with earlier Court order re Temporary Restraining Order against Ya Ya; review plaintiff's dismissal of multiple other defendants; correspondence with Ya Ya's team re ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; review order from Court re motion for reimbursement; confer with Ram Reddy and James Wald re foregoing; review Court order re motion for reimbursement; review correspondence with opposing counsel re release of accounts. | 002797 | 3.10 hrs. |
| 11/27/23 | Communications and strategize re reply brief in support of motion for reimbursement; follow up, research, and analysis further to same. | 003393 | 3.10 hrs. |
| 11/27/23 | Review Opulent's opposition to Ya Ya's request for reimbursement, and begin research needed for reply brief. | 004312 | 2.00 hrs. |
| 11/28/23 | Communications re case strategy; follow up re same. | 003393 | 1.30 hrs. |
| 11/28/23 | Draft declaration of Ya Ya regarding costs for reimbursement. | 004312 | 2.00 hrs. |
| 11/29/23 | Prepare declarations of Mr. McCurdy, Mr. Karish, and Ms. Pietrini; communications, strategize, and conduct analysis in connection with same. | 003393 | 3.10 hrs. |
| 11/29/23 | Continue drafting declaration of Ya Ya regarding costs for reimbursement. | 004312 | 1.60 hrs. |



Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

73HF-368673   Ya Ya Creations, Inc. adv. Opulent Treasures, Inc.
Jill M. Pietrini

December 4, 2023
Invoice 250153995
Page 8 of 9

# FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 11/30/23 | Review various orders entered in the lawsuit; correspondence with Mark Karish re ███████████████████████████████; confer with Ram Reddy and James Wald re same; review notice of compliance by Opulent; review declaration of Carol Wilson and excerpts of her deposition to show Opulent's knowledge of Ya Ya's websites; correspondence with Marc Karish re ███████████████; confer with James Wald and Ram Reddy re foregoing and declarations needed; revise correspondence to Mitch Su and Scott McCurdy re ███████████████; revise exhibits to Karish declaration; review ex parte Temporary Restraining Order; review declaration of Carol Wilson filed in support of Temporary Restraining Order. | 002797 | 2.90 hrs. |
| 11/30/23 | Continue to prepare declarations in support of request for reimbursement; communications, strategize, and follow up re same; review and analyze potential exhibits and redactions; communications re redaction strategy and filing under seal. | 003393 | 3.40 hrs. |
| 11/30/23 | Continue drafting declaration of Ya Ya regarding costs for reimbursement. Contact client and co-counsel for documents to create exhibits to declaration. Confer with Jill Pietrini and James Wald re foregoing; review Court order re motion for reimbursement. | 004312 | 2.90 hrs. |
| 12/01/23 | Revise declarations of Scott McCurdy, Marc Karish, and Jill Pietrini in support of cost reimbursement; correspondence with Marc Karish re same; confer with Ram Reddy re additional information needed; correspondence with Scott McCurdy re ██████████; review revisions to Marc Karish declaration by Marc Karish; revise Marc Karish declaration and further correspondence with Marc Karish re same. | 002797 | 3.10 hrs. |
| 12/01/23 | Prepare and update documents in support of motion for sanctions; follow up and communications further to same. | 003393 | 2.30 hrs. |



## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 12/01/23 | Continue drafting declaration of Ya Ya regarding costs for reimbursement. Research standard for sanctions after new decision in ND ILL. Contact opposing counsel re sealed files. Confer with Jill Pietrini and James Wald re ▮▮▮▮▮; review Court order re motion for reimbursement. Confer with client re reimbursement costs. Confer with M. Karish regarding ▮▮▮▮ and declaration. | 004312 | 3.50 hrs. |

## SUMMARY OF TIMEKEEPER FEES

| Tkpr Code | Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|---|
| 002797 | Jill M. Pietrini | 34.30 | $ 1,120.00 | $ 38,416.00 |
| 002902 | Bradley C. Graveline | 9.30 | $ 1,075.00 | $ 9,997.50 |
| 003393 | James C. Wald | 85.30 | $ 740.00 | $ 63,122.00 |
| 004312 | Ramchandra Reddy | 45.60 | $ 565.00 | $ 25,764.00 |
| 008324 | Daisy De Anda | .20 | $ 375.00 | $ 75.00 |
| 008447 | Evelyn L. Tan | .10 | $ 430.00 | $ 43.00 |
| 008349 | Michael S. Timpani | .20 | $ 395.00 | $ 79.00 |

**Total Fees for Professional Services**                                                            **$ 137,496.50**

## SUMMARY OF DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 11/15/23 | J.Pietrini-Filing Fee - Illinois USDC | 150.00 |
| 11/03/23 | Federal Express on 11/03/23 | 45.19 |
| 11/03/23 | Lexis research by Reddy, Ram on 11/3/2023. | 89.10 |
| 11/05/23 | Westlaw research by Wald, James, on 11/5/2023. | 464.40 |
| 11/12/23 | Westlaw research by Wald, James, on 11/12/2023. | 630.00 |
| 11/16/23 | Westlaw research by Wald, James, on 11/16/2023. | 464.40 |

**Total Disbursements**                                                                              **$ 1,843.09**