IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

OPULENT TREASURES, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,

LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A HERETO,

    Defendants.

Case No.: 23-cv-14142

## YA YA CREATIONS, INC.'S MOTION FOR
## LEAVE TO FILE McCURDY DECLARATION UNDER SEAL

Defendant Ya Ya Creations, Inc. ("Ya Ya") moves the Court for leave to file the Declaration of Scott McCurty under seal. In support of this motion, Ya Ya states as follows:

1. On December 4, 2023, Ya Ya filed declarations in support of its request for reimbursement of attorneys' fees and costs. (Dkt. 71).

2. One of the declarations is the Declaration of Scott McCurdy Identifying Defendant Ya Ya's itemized Costs for Reimbursement. (Dkt. 72).

3. Ya Ya provisionally filed the McCurdy Declaration under seal.

4. The McCurdy Declaration contains confidential information regarding Ya Ya's finances, loans, and interest income that is not publicly available.

-1-

5. Ya Ya would be harmed if its competitors learned of this confidential information.

WHEREFORE, Ya Ya respectfully requests that the Court enter an order granting Ya Ya leave to file the McCurdy Declaration under seal.

Respectfully submitted,

Date: December 4, 2023

By: /s/*Bradley C. Graveline*

Bradley C. Graveline (ARDC No. 6203817)
SHEPPARD, MULLIN,
RICHTER & HAMPTON LLP
321 North Clark St., 32nd Floor
Chicago, Illinois 60654
312.499.6300 312.499.6301 (fax)
bgraveline@sheppardmullin.com

Co-Counsel:

Jill M. Pietrini (*pro hac vice* forthcoming)
SHEPPARD, MULLIN,
RICHTER & HAMPTON LLP
1901 Avenue of the Stars
16th Floor
Los Angeles, CA 90067 310.228.3723
jpietrini@sheppardmullin.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 4, 2023, he caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court and served on all counsel of record.

    Respectfully submitted,

    <u>/s/ *Bradley C. Graveline*</u>
    Bradley C. Graveline (ARDC No. 6203817)
    Sheppard Mullin Richter & Hampton LLP
    321 N. Clark St., 31st Floor
    Chicago, IL  60654
    312-499-6300
    bgraveline@sheppardmullin.com